**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | SITO Mobile Solutions, Inc. | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 41-2043380 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 123 Town Square Place, #419 Jersey City, NJ 07310 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Hudson | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    www.sitomobile.com

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    SITO Mobile Solutions, Inc.                                          Case number (*if known*) _____
         _____
         Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___1810___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | See Attachment | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

| Debtor | SITO Mobile Solutions, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    SITO Mobile Solutions, Inc. _____        Case number (*if known*) _____
          Name

████    **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 7, 2020 _____
               MM / DD / YYYY

**X** /s/ Thomas Candelaria _____        Thomas Candelaria _____
Signature of authorized representative of debtor        Printed name

Title    CEO _____

---

**18. Signature of attorney**

**X** /s/ Daniel M. Stolz _____        Date    October 7, 2020 _____
Signature of attorney for debtor                          MM / DD / YYYY

Daniel M. Stolz _____
Printed name

WASSERMAN, JURISTA & STOLZ, P.C. _____
Firm name

110 Allen Road
Suite 304
Basking Ridge, NJ 07920 _____
Number, Street, City, State & ZIP Code

Contact phone    (973) 467-2700 _____        Email address    attys@wjslaw.com _____

028461980 NJ _____
Bar number and State

Debtor    SITO Mobile Solutions, Inc.
_____
Name

Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY
_____

Case number (*if known*) _____    Chapter    11

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | SITO Mobile R&D, IP LLC | Relationship to you | Affiliate |
| District | New Jersey | When | Case number, if known | |
| Debtor | SITO Mobile, Ltd. | Relationship to you | Parent Company |
| District | New Jersey | When 10/08/20 | Case number, if known | 20-21435 |

DocuSign Envelope ID: 5EC538D5-975D-4367-8969-E1FA8C557367

## IN THE UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| **In the Matter of:** | } | |
| | } | Case No. |
| **SITO Mobile Solutions, Inc.,** | } | Chapter 11 |
| | } | |
| **Debtor** | } | |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Thomas Candelaria, declare under penalty of perjury that I am the Chief Executive Officer of SITO Mobile Solutions, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 22nd day of September 2020.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Thomas Candelaria, Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Thomas Candelaria, Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, Thomas Candelaria, Chief Executive Officer of this Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case."

Date: October 7, 2020                    Signed: _Thomas Candelaria_
                                              DocuSigned by:
                                              D4EFD56B196F468...
                                          THOMAS CANDELARIA, Chief Executive Officer

Resolution of Board of Directors
of
SITO Mobile Solutions, Inc.

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Thomas Candelaria, Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Thomas Candelaria, Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Thomas Candelaria, Chief Executive Officer of this Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case.

Date: October 7, 2020                Signed: _Thomas Candelaria_____
                                                                DocuSigned by:
                                                                D4FEB56B138E469...
                                             THOMAS CANDELARIA, Chief Executive Officer

**Fill in this information to identify the case:**

Debtor name    SITO Mobile Solutions, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October  7, 2020      **X** /s/ Thomas Candelaria
                                                 Signature of individual signing on behalf of debtor

                                                 Thomas Candelaria
                                                 Printed name

                                                 CEO
                                                 Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SITO Mobile Solutions, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adobe Systems, Inc. f/k/a TubeMogul, Inc. 29322 Network Place Chicago, IL 60673-1293 | | Trade debt | | | | $3,267,528.78 |
| Small Business Administration 409 3rd St. SW Washington, DC 20416 | | PPP Loan | | | | $1,292,100.00 |
| Pepper Hamilton LLP New York Times Building 37th Floor 620 Eighth Ave New York, NY 10018-1405 | | Trade debt | | | | $1,222,150.14 |
| Gavin Scotti 616 Purchase Street Rye, NY 10580 | | Loan | | | | $1,217,993.00 |
| Amazon Web Services, Inc. PO Box 84023 Seattle, WA 98124-8423 | | Trade debt | | | | $878,910.77 |
| Ribbow Media Group LLC 900 Division Street Nashville, TN 37203 | | Trade debt | | | | $856,359.74 |
| SEM Internet Reklam Hizmetleri ve D. A.S Esentepe Mah. Kore Sehitleri Cad. NO:19 Zincirlikuyu / Istanbul | | Trade debt | | | | $728,649.01 |
| Oath (Americas) Inc. General Post Office PO Box 5696 New York, NY 10087-5696 | | Trade debt | | | | $708,287.10 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | SITO Mobile Solutions, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Invenire Partners, LP 90 Grove St., Suite 108 Ridgefield, CT 06877 | | Loan | | | | $683,208.00 |
| Stephen Baksa 2 Woods Lane Chatham, NJ 07928 | | Loan | | | | $679,349.00 |
| MediaJel, Inc. 1475 North Broadway Suite 400 Walnut Creek, CA 94956 | | Trade debt | | | | $590,000.00 |
| Hiroaki Aoyama 3-7-21 Yamamoto-cho Mianami Yao City, Osaka JAPAN | | Loan | | | | $505,425.00 |
| Innominds Software, Inc. 2055 Junction Ave, Suite 122 San Jose, CA 95131 | | Trade debt | | | | $465,000.00 |
| Chris Scotti 41 Sturgis Road Bronxville, NY 10708 | | Loan | | | | $443,908.00 |
| Orrick, Herrington & Sutcliffe LLP 2121 Main Street Wheeling, WV 26003 | | Trade debt | | | | $408,100.22 |
| Luis Serra 17015 164th Avenue NE Woodinville, WA 98072 | | 2019 employee sales commissions | | | | $400,000.00 |
| Scott Kauffman | | Interim CEO terminated; accrued pay payable on 3/22/2022 | | | | $386,666.66 |
| Clearcode S.A. (Digimedia) Sw. Antoniego 2/4 50-073 Wroclaw POLAND | | Trade debt | | | | $381,672.56 |
| Smaato, Inc. PO Box 740727 Los Angeles, CA 90074-0727 | | Trade debt | | | | $375,000.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Debtor    SITO Mobile Solutions, Inc.
_____
　　　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IPFS Financing (Lockton Companies) 301 W. 11th St., 4th Fl. Kansas City, MO 64105 | | financing loan agreement for annual D&O and cyber insurance premium | | | | $351,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___SITO Mobile Solutions, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................................... $        0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................................. $      592,565.00

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................................... $      592,565.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $        0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    1,607,050.18

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$   19,412,256.37

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b

                              $    21,019,306.55

**Fill in this information to identify the case:**

Debtor name   SITO Mobile Solutions, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank (account is same as parent company, SITO Mobile, Ltd.) | Checking | 5994 | $140,000.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                  | $140,000.00 |
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | 121,000.00 | - | 0.00 | = .... | $121,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | SITO Mobile Solutions, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | 10,831,065.00 | - | 10,500,000.00 | =.... | $331,065.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

---

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$452,065.00

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** employee laptops, all over 3 years old (same as parent company, SITO Mobile, Ltd.) | $0.00 | | $500.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$500.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | SITO Mobile Solutions, Inc. | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites** | | | |
|     sitomobile.com | | | |
|     sitomobilemedia.us | | | |
|     sitomobilemedia.net | | | |
|     sitomobilemedia.info | | | |
|     sitomobilemedia.mobi | | | |
|     sitomobilemedia.org | | | |
|     sito.me | | | |
|     sitomobile.org | | | |
|     sitoinisghts.com | | | |
|     sitoresearch.com | | | |
|     sitostrategy.com | | | |
|     sitoinsights.com | | | |
|     sitomobile.co.uk | | | |
|     singletouchsystems.com | | | |
|     singletouchsystems.net | | | |
|     singletouchsystems.org | | | |
|     singletouchsystems.mobi | | | |
|     singletouchsystems.info | | | |
|     singletouchinteractive.com | | | |
|     singletouch.net | | | |
|     singletouchcorp.com | | | |
|     singletouchco.com | | | |
|     theoohaudience.com | | | |
|     oohaudience.com | | | |
|     screenrating.com | | | |
|     themobileaudience.com | | | |
|     screenaudience.com | | | |
|     boardranking.com | | | |
|     screenranking.com | $0.00 | | $0.00 |
| **62.    Licenses, franchises, and royalties** | | | |
| **63.    Customer lists, mailing lists, or other compilations** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    SITO Mobile Solutions, Inc.    Case number *(If known)* _____
      Name

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
    Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    lawsuit filed against Aviron Pictures (same as parent company, SITO Mobile, Ltd.)

| | | |
|---|---|---|
| **Nature of claim** | Lawsuit | |
| **Amount requested** | $0.00 | Unknown |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

| | |
|---|---|
| | $0.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    SITO Mobile Solutions, Inc. _____    Case number *(If known)* _____
           *Name*

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $140,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $452,065.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $592,565.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $592,565.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____SITO Mobile Solutions, Inc._____

United States Bankruptcy Court for the: _____DISTRICT OF NEW JERSEY_____

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

THE FOLLOWING LIST OF CREDITORS ARE SCHEDULED ON ALL THREE JOINTLY

ADMINISTERED DEBTORS, SITO MOBILE, LTD., SITO MOBILE SOLUTIONS, INC. AND

SITO MOBILE R&D IP, LLC, TO ENSURE APPROPRIATE NOTICE IS GIVEN TO ALL

CREDITORS IN ALL THREE OF THE CASES.

**Fill in this information to identify the case:**

Debtor name _____ SITO Mobile Solutions, Inc. _____

United States Bankruptcy Court for the: _____ DISTRICT OF NEW JERSEY _____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Avi Jamal<br>8830 Coco Plum Manor<br>Fort Lauderdale, FL 33324 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $82,000.00 | $13,650.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>2019 employee sales commissions | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Bill Goldbach<br>1099 Summer Holly Lane<br>Encinitas, CA 92024 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $85.00 | $85.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>2018 employee sales commissions | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    SITO Mobile Solutions, Inc.
_____    Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94,830.14 | $13,650.00 |
|---|---|---|---|---|
| | Chet Petrow | Check all that apply. | | |
| | 3029 S Elati Street | ☐ Contingent | | |
| | Englewood, CO 80110 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | contractor-2019 fees and expenses | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | Chris Cassidy | Check all that apply. | | |
| | 267 E. 7th Street #1 | ☐ Contingent | | |
| | New York, NY 10009 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | contractor expense reimbursement | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 | $13,650.00 |
|---|---|---|---|---|
| | Chris Nuckolls | Check all that apply. | | |
| | 6627 Prairie Flower Trail | ☐ Contingent | | |
| | Dallas, TX 75227 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | 2019 employee sales commissions | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $0.00 |
|---|---|---|---|---|
| | Chris Nuckolls | Check all that apply. | | |
| | 6627 Prairie Flower Trail | ☐ Contingent | | |
| | Dallas, TX 75227 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | expense payment per employment contract | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.41 | $1,080.41 |
|---|---|---|---|---|
| | Comptroller of Public Accounts<br>P.O. Box 149348<br>Austin, TX 78714-9348 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Texas tax returns | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $333,000.00 | $333,000.00 |
|---|---|---|---|---|
| | Delaware Franchise Tax Board<br>Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>past fees and interest | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.95 | $122.95 |
|---|---|---|---|---|
| | Department of Labor and Industries<br>PO Box 34974<br>Seattle, WA 98124-1974 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.00 | $1,300.00 |
|---|---|---|---|---|
| | Ernest Grijalva<br>1810 S Stevens St<br>Seattle, WA 98144 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>terminated employee-accrued vacation | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | SITO Mobile Solutions, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address<br>Georgia Ball<br>925 James Trail<br>Lake Alfred, FL 33850 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,900.00 | $1,900.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>terminated employee-accrued vacation | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>For Noticing & Precautionary Purposes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>Jonathan Bond<br>34 Debrosses St Apt 227<br>New York, NY 10013 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,331.58 | $8,331.58 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>contractor expense reimbursement | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br>Juliana Lupinacci<br>1029 Garden Street Apt 2<br>Hoboken, NJ 07030 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,559.88 | $13,650.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>2018 employee sales commissions | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $523.31 | $523.31 |
|---|---|---|---|---|
| | Koby Halbrook | *Check all that apply.* | | |
| | 2012 W Colorado Blvd | ☐ Contingent | | |
| | Dallas, TX 75208 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | 2018 employee sales commissions | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.67 | $276.67 |
|---|---|---|---|---|
| | Laurie Hartnett | *Check all that apply.* | | |
| | 5112 N Rutherford | ☐ Contingent | | |
| | Chicago, IL 60656 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | 2018 employee sales commissions | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,600.00 | $3,600.00 |
|---|---|---|---|---|
| | Lindsey McKenna | *Check all that apply.* | | |
| | 4865 North Vanderbilt Street | ☐ Contingent | | |
| | Portland, OR 97203 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | terminated employee-accrued vacation | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400,000.00 | $13,650.00 |
|---|---|---|---|---|
| | Luis Serra | *Check all that apply.* | | |
| | 17015 164th Avenue NE | ☐ Contingent | | |
| | Woodinville, WA 98072 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | 2019 employee sales commissions | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78,500.00 | $13,650.00 |
|---|---|---|---|---|

**2.19** Priority creditor's name and mailing address

Mark Del'Priore
36 Navesink Ave
Rumson, NJ 07760

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$78,500.00    $13,650.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address

Massachusetts Dept of Revenue
PO Box 7089
Boston, MA 02241-7089

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,235.98    $1,235.98

Date or dates debt was incurred

Basis for the claim:
Taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address

Melvin Wilson
(Solve Innovation Group)
81 Prospect St
Brooklyn, NY 11201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,500.00    $2,500.00

Date or dates debt was incurred

Basis for the claim:
2019 contractor fees

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address

New Jersey Division of Taxation
PO Box 666
Trenton, NJ 08646-0666

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$81.90    $81.90

Date or dates debt was incurred

Basis for the claim:
taxes

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.80 | $193.80 |
|---|---|---|---|---|

**New York State Unemployment Insurance**
PO Box 4301
Binghamton, NY 13902-4301

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 | $63.00 |
|---|---|---|---|---|

**NYS Workers' Compensation Board**
Finance
Assessment Unit
328 State St, Rm 331
Schenectady, NY 12305

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $786.72 | $786.72 |
|---|---|---|---|---|

**Roiland Diab**
95 Hoaratio Street  #4D
New York, NY 10014

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
2018 employee sales commissions

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $0.00 |
|---|---|---|---|---|

**Sam Flesta**
272 3rd St.
Jersey City, NJ 07302

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
expense payment per employment contract

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $386,666.66 | $13,650.00 |
|---|---|---|---|---|
| | Scott Kauffman | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Interim CEO terminated; accrued pay payable on 3/22/2022 | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 | $13,600.00 |
|---|---|---|---|---|
| | Sean Clayton | Check all that apply. | | |
| | 5829 Phoenix Dr., Apt. 112 | ☐ Contingent | | |
| | Dallas, TX 75231 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | 2019 employee sales commissions | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,000.00 | $0.00 |
|---|---|---|---|---|
| | Sean Clayton | Check all that apply. | | |
| | 5829 Phoenix Dr., Apt. 112 | ☐ Contingent | | |
| | Dallas, TX 75231 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | expense payment per employment contract | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|
| | State of Arkansas Department of Finance | Check all that apply. | | |
| | Corporate Income Tax Section | ☐ Contingent | | |
| | PO Box 919 | ☐ Unliquidated | | |
| | Little Rock, AR 72203 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | taxes | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

Debtor    SITO Mobile Solutions, Inc.                                                         Case number (if known)
_____
Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,118.14 | $1,118.14 |
|---|---|---|---|---|

2.31 Priority creditor's name and mailing address

Steven Felsher
61 East 11th Street
New York, NY 10003

As of the petition filing date, the claim is: $1,118.14  $1,118.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
contractor expense reimbursement

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.32 Priority creditor's name and mailing address

Susanna Wheeler
2205 NW 62nd Street
Seattle, WA 98107

As of the petition filing date, the claim is: $4,000.00  $4,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
terminated employee-accrued vacation

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.33 Priority creditor's name and mailing address

Thomas Pallack
12953 Blue Heron Circle
Ojai, CA 93023

As of the petition filing date, the claim is: $9,873.82  $9,873.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Unpaid Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.34 Priority creditor's name and mailing address

Tom Candelaria
2228 El Camino Del Norta
Encinitas, CA 92024

As of the petition filing date, the claim is: $29,145.22  $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
expense payment per employment contract

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,267,528.78

Adobe Systems, Inc.
f/k/a TubeMogul, Inc.
29322 Network Place
Chicago, IL 60673-1293

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,446.89

Allied Digital Strategies
26895 Aliso Creek Road, #B239
Aliso Viejo, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $878,910.77

Amazon Web Services, Inc.
PO Box 84023
Seattle, WA 98124-8423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,168.26

American Express
PO Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Credit Card

**Last 4 digits of account number**  1008

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21,097.42

Atom Tickets, LLC
2700 Colorado Blvd 4th Floor
Santa Monica, CA 90404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $178,895.00

BDO USA, LLP
90 Woodbridge Center Dr. 4th Fl
Woodbridge, NJ 07095-1163

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $65,000.00

Beeswax.io Corporation
275 7th Avenue 21st
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | SITO Mobile Solutions, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,963.33

Broadridge ICS
P.O. Box 416423
Boston, MA 02241-6423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

Bruce Bernstein LLP
724 Periwinkle Lane
Wynnewood, PA 19096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,975.26

Burke Williams & Sorenson LLP
444 South Flower St, Suite 2400
Los Angeles, CA 90071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Professional Services for business debt
(Smaato & Rubicon vendor lawsuits)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,316.76

Cablevision Lightpath, Inc.
PO Box 360111
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $171,666.60

Celtra, Inc.
545 Boylston Street, 11th
Boston, MA 02116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $443,908.00

Chris Scotti
41 Sturgis Road
Bronxville, NY 10708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $45,334.00

Cinemark USA
3900 Dallas Parkway Suite 500
Plano, TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SITO Mobile Solutions, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $381,672.56
---|---|---|---

Clearcode S.A. (Digimedia)
Sw. Antoniego
2/4 50-073
Wroclaw
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,000.00
---|---|---|---

comScore, Inc.
14140 Collection Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,967.01
---|---|---|---

Continental Stock Transfer and Trust Co.
One State Street Plaza
30th Fl.
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40,000.00
---|---|---|---

CoreLogic Spatial Solutions Attn: SS
P.O. Box 202351
Dallas, TX 75320-2351

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,868.69
---|---|---|---

Corporation Service Company
(CSC Delaware)
PO Box 13397
Philadelphia, PA 19101-3397

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,000.00
---|---|---|---

Crossix Solutions, Inc.
1001 Ave. of the Americas, 5th Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $135,183.00
---|---|---|---

Daniel Blackwell
651 Airport Road
Belle Vernon, PA 15012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
| Digital Place-Based Advertising Assoc. | ☐ Contingent |
| 205 E. 42nd St., 20th Fl. | ☐ Unliquidated |
| New York, NY 10017 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:**  Business Debt |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $228.00
| Domain Listings | ☐ Contingent |
| PO Box 19607 | ☐ Unliquidated |
| Las Vegas, NV 89132-0607 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:**  Trade debt |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $482.72
| DoubleVerify, Inc. | ☐ Contingent |
| PO Box 392268 | ☐ Unliquidated |
| Pittsburgh, PA 15251-9268 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:**  Trade debt |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,397.50
| Drawbridge, Inc. | ☐ Contingent |
| 2121 S El Camino Real 7th Floor | ☐ Unliquidated |
| San Mateo, CA 94403 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:**  Trade debt |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,895.30
| Dynamic Resources, Inc. | ☐ Contingent |
| 9060 Palisade Ave Suite C5 | ☐ Unliquidated |
| North Bergen, NJ 07047 | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| | **Basis for the claim:**  Trade debt |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $353.54
| Echo Point Media (V) | ☐ Contingent |
| Young & Laramore, Attn: Accounts Receiva | ☐ Unliquidated |
| 407 Fulton Street | ☐ Disputed |
| Indianapolis, IN 46202 | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $971.50
| Edgar Agents, LLC | ☐ Contingent |
| 105 White Oak Lane | ☐ Unliquidated |
| Suite 104 | ☐ Disputed |
| Old Bridge, NJ 08857 | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Business Debt |
| **Last 4 digits of account number** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $137,375.00 |
|---|---|---|---|

Edward Giles
17 Heights Road
Manhasset, NY 11030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $276.09 |
|---|---|---|---|

Electronical Office Systems
330 Fairfield Road
PO Box 10303
Fairfield, NJ 07004-2402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

eMedia Patch
Attn: Masa Campara
150 W 47th Street #7A
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,282.50 |
|---|---|---|---|

Facebook, Inc.
1601 Willow Road
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,947.41 |
|---|---|---|---|

Foursquare Labs, Inc.
PO Box 392184
Pittsburgh, PA 15251-9184

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,333.33 |
|---|---|---|---|

Fysical f/k/a BeaconsinSpace
1836 Broadway
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,217,993.00 |
|---|---|---|---|

Gavin Scotti
616 Purchase Street
Rye, NY 10580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100,000.00 |

Gavin Scotti, Sr.
616 Purchase Street
Rye, NY 10580

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,500.00 |

Google, LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,019.00 |

Gripko Productions LLC
7621 12th Street #258
Somers, WI 53171

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,500.00 |

Hayden IR, LLC
15879 N. 80th Street, Suite 204
Scottsdale, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $505,425.00 |

Hiroaki Aoyama
3-7-21 Yamamoto-cho
Mianami
Yao City, Osaka
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $48,750.00 |

InfoGroup Database License Division
P.O. Box 957742
Saint Louis, MO 63195-7742

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $465,000.00 |

Innominds Software, Inc.
2055 Junction Ave, Suite 122
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | SITO Mobile Solutions, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.43** | **Nonpriority creditor's name and mailing address**
Integral Ad Science, Inc.
Box 200197
Pittsburgh, PA 15251-0907

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,505.37

---

**3.44** | **Nonpriority creditor's name and mailing address**
International Credit Recovery, Inc.
300 Main Street PO Box 992
Vestal, NY 13851

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$299.00

---

**3.45** | **Nonpriority creditor's name and mailing address**
Intrado Digital Media, LLC
West LLC c/o Nasdaq
P.O. Box 780700
Philadelphia, PA 19178-0700

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$35,228.00

---

**3.46** | **Nonpriority creditor's name and mailing address**
Invenire Partners, LP
90 Grove St., Suite 108
Ridgefield, CT 06877

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan

Is the claim subject to offset? ■ No ☐ Yes

$683,208.00

---

**3.47** | **Nonpriority creditor's name and mailing address**
IPFS Financing (Lockton Companies)
301 W. 11th St., 4th Fl.
Kansas City, MO 64105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  financing loan agreement for annual D&O and cyber
insurance premium

Is the claim subject to offset? ■ No ☐ Yes

$351,000.00

---

**3.48** | **Nonpriority creditor's name and mailing address**
JAMS Inc.
18881 Von Karman Ave.
Suite 350
92612
Irvine, CA 92612

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$630.33

---

**3.49** | **Nonpriority creditor's name and mailing address**
Jazz Foundation of America
247 West 37th Street, Ste 201
New York, NY 10018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,194.75**

K&L Gates LLP
P.O. Box 844255
Boston, MA 02284-4255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,760.71**

Kayzen Realtime Technologies
GmbH Rosa Luxemburg Str. 2
10178  BERLIN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$266,390.69**

Kochava, Inc.
201 Church Street
Sandpoint, ID 83864

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87,083.98**

Kramer Levin Naftalis & Frankel LLP
Attn:  Accounting Dept.
1177 Avenue of the Americas
New York, NY 10036-2714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00**

Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63,140.50**

Littler Mendelson PC
P.O. Box 207137
Dallas, TX 75320-7137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Professional Services for business debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,656.25**

LiveRamp, Inc. f/k/a Acxiom
P.O. Box 74007275
Chicago, IL 60674-7275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $90,000.00 |
|---|---|---|---|
| | Location Sciences Al Ltd<br>20 Eastbourne Terrace<br>London W2 6LG<br>UNITED KINGDOM | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,750.00 |
|---|---|---|---|
| | Looker Data Sciences, Inc.<br>101 Church Street 4th Floor<br>Santa Cruz, CA 95060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,000.00 |
|---|---|---|---|
| | Lynn Collins Communications, Inc.<br>7 Knoll Lane<br>Glen Head, NY 11545 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $950.00 |
|---|---|---|---|
| | Marketing Accountability Standards Board<br>38 East 37th Street, Box # 5<br>New York, NY 10016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,000.00 |
|---|---|---|---|
| | Mastercard International<br>4 Chase Metrotech Center, 7th Floor East<br>Lockbox 9084<br>Brooklyn, NY 11245-0002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,425.10 |
|---|---|---|---|
| | McGuire Woods Meister Seelig & Fein LLP<br>1345 Avenue of the Americas, 7th Fl<br>New York, NY 10105-0106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Professional Services for business debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $238,704.00 |
|---|---|---|---|
| | Medford Bragg<br>2653 Slow Flight Drive<br>Port Orange, FL 32128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**
MediaJel, Inc.
1475 North Broadway
Suite 420
Walnut Creek, CA 94956

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ☐ No ☐ Yes

$268,343.00

---

**3.65**

**Nonpriority creditor's name and mailing address**
MediaJel, Inc.
1475 North Broadway
Suite 400
Walnut Creek, CA 94956

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

$590,000.00

---

**3.66**

**Nonpriority creditor's name and mailing address**
Meister Seelig & Fein LLP
125 Park Avenue, 7th FL
New York, NY 10017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services for business debt

Is the claim subject to offset? ■ No ☐ Yes

$4,425.10

---

**3.67**

**Nonpriority creditor's name and mailing address**
Mobile Marketing Association, Inc.
2020 Maltby Rd, PMB 123
Bothell, WA 98021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$196,250.00

---

**3.68**

**Nonpriority creditor's name and mailing address**
Mobile Technology LLC/Onspot Data
7193 S Poplar Street
Centennial, CO 80112

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$105,000.00

---

**3.69**

**Nonpriority creditor's name and mailing address**
Musical.Ly Inc. (Tiktok)
10100 Venice Blvd, Suite 301
Culver City, CA 90232

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$180,000.00

---

**3.70**

**Nonpriority creditor's name and mailing address**
Nacci Technologies
275 7th Ave., 27th Fl.
New York, NY 10001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$38,499.99

---

| Debtor | SITO Mobile Solutions, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,234.28 |
|---|---|---|---|
| | Neustar Data Services, Inc. | ☐ Contingent | |
| | Bank of America | ☐ Unliquidated | |
| | P.O. Box 742000 | ☐ Disputed | |
| | Atlanta, GA 30374 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,456.00 |
|---|---|---|---|
| | Nintex f/b/a Drawloop Technologies, Inc. | ☐ Contingent | |
| | 10800 NE 8th Street, Suite 400 | ☐ Unliquidated | |
| | Bellevue, WA 98004 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $708,287.10 |
|---|---|---|---|
| | Oath (Americas) Inc. | ☐ Contingent | |
| | General Post Office PO Box 5696 | ☐ Unliquidated | |
| | New York, NY 10087-5696 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|
| | OpenMessage | ☐ Contingent | |
| | 712 Fifth Ave, 7th flr. | ☐ Unliquidated | |
| | New York, NY 10019 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,956.43 |
|---|---|---|---|
| | Oracle America, Inc. | ☐ Contingent | |
| | PO Box 203448 | ☐ Unliquidated | |
| | Dallas, TX 75320-3448 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408,100.22 |
|---|---|---|---|
| | Orrick, Herrington & Sutcliffe LLP | ☐ Contingent | |
| | 2121 Main Street | ☐ Unliquidated | |
| | Wheeling, WV 26003 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,222,150.14 |
|---|---|---|---|
| | Pepper Hamilton LLP | ☐ Contingent | |
| | New York Times Building 37th Floor | ☐ Unliquidated | |
| | 620 Eighth Ave | ☐ Disputed | |
| | New York, NY 10018-1405 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  SITO Mobile Solutions, Inc.

Name

Case number (if known)

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address**<br>Rachel Allgood Consulting LLC<br>25 Draper Street Apt. 227<br>Greenville, SC 29611 | **As of the petition filing date, the claim is:** *Check all that apply.*  $4,736.02<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>Ready Refresh by Nestle<br>6661 Dixie Hwy, Suite 4 #216<br>Louisville, KY 40258 | **As of the petition filing date, the claim is:** *Check all that apply.*  $986.29<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>Reddit Inc.<br>548 Market Street #16093<br>San Francisco, CA 94104-5401 | **As of the petition filing date, the claim is:** *Check all that apply.*  $56,455.64<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>Reset Digital LLC<br>c/o Allscope<br>462 7th Ave.<br>New York, NY 10018 | **As of the petition filing date, the claim is:** *Check all that apply.*  $9,851.19<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>Ribbow Media Group LLC<br>900 Division Street<br>Nashville, TN 37203 | **As of the petition filing date, the claim is:** *Check all that apply.*  $856,359.74<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>Salesforce.com, Inc.<br>P.O. Box 203141<br>Dallas, TX 75320-3141 | **As of the petition filing date, the claim is:** *Check all that apply.*  $43,598.80<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>SEM Internet Reklam Hizmetleri ve D. A.S<br>Esentepe Mah. Kore Sehitleri Cad. NO:19<br>Zincirlikuyu / Istanbul | **As of the petition filing date, the claim is:** *Check all that apply.*  $728,649.01<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | SITO Mobile Solutions, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.85**

**Nonpriority creditor's name and mailing address**
Semcassting
41 High St
North Andover, MA 01845

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$12,500.00

---

**3.86**

**Nonpriority creditor's name and mailing address**
Simulmedia, Inc.
401 Park Avenue S, 11th Floor
New York, NY 10016

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$21,250.00

---

**3.87**

**Nonpriority creditor's name and mailing address**
Sizmek Technologies, Inc.
P.O. Box 28246
New York, NY 10087-8246

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,139.01

---

**3.88**

**Nonpriority creditor's name and mailing address**
Smaato, Inc.
PO Box 740727
Los Angeles, CA 90074-0727

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$375,000.00

---

**3.89**

**Nonpriority creditor's name and mailing address**
Small Business Administration
409 3rd St. SW
Washington, DC 20416

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _PPP Loan_

Is the claim subject to offset? ■ No ☐ Yes

$1,292,100.00

---

**3.90**

**Nonpriority creditor's name and mailing address**
Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$20,437.23

---

**3.91**

**Nonpriority creditor's name and mailing address**
Snap, Inc.
2772 Donald Douglas Loop North
Santa Monica, CA 90405

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$54,000.00

---

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,840.90**

Special Counsel, Inc.
10151 Deerwood Park Blvd.
Suite 400
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  legal services for SEC lawsuit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,516.98**

Spectrum Media Services
c/o Dave Hills
1460 Broadway, 6th Fl.
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$679,349.00**

Stephen Baksa
2 Woods Lane
Chatham, NJ 07928

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$337,954.00**

Superior Securities Group, Inc.
94 Grand Ave.
Englewood, NJ 07631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48,530.00**

SVGC, a Professional Corporation
18428 Twin Creeks Rd
Los Gatos, CA 95030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  2020 and 2019 contractor attorney fees

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$74,200.00**

Tapad, Inc.
DEPT CH 19637
Palatine, IL 60055-9637

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$133,419.00**

Ted Cooper
65 West Hamilton Ave.
Suite 1
Campbell, CA 95008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.99**

**Nonpriority creditor's name and mailing address**
The Harrison Group, Inc.
3 Raymond Drive, Suite 201
Havertown, PA 19083

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,305.00

---

**3.100**

**Nonpriority creditor's name and mailing address**
The Nasdaq Stock Market LLC
LBX #20200 P.O. Box 780200
Philadelphia, PA 19178-0200

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$46,500.00

---

**3.101**

**Nonpriority creditor's name and mailing address**
The Rubicon Project, Inc.
12181 Bluff Creek Drive, Floor 4
Playa Vista, CA 90094

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$250,005.00

---

**3.102**

**Nonpriority creditor's name and mailing address**
TIAA Commercial Finance, Inc.
PO Box 911608
Denver, CO 80291-1608

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,926.67

---

**3.103**

**Nonpriority creditor's name and mailing address**
U.S. Bank
Treasury Management Services CM 9581
PO Box 70870
Saint Paul, MN 55170-9581

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$5,000.00

---

**3.104**

**Nonpriority creditor's name and mailing address**
Unacast, Inc.
12 East 33rd Street, 10th Floor
New York, NY 10016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$107,375.00

---

**3.105**

**Nonpriority creditor's name and mailing address**
Vaco Bridgewater, LLC
5501 Virginia Way, Ste 120
Brentwood, TN 37027

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$7,500.00

---

| Debtor | SITO Mobile Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $451.00 |
|---|---|---|---|

Vcorp Service LLC
25 Robert Pitt Drive, Suite 204
Monsey, NY 10952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,732.25 |
|---|---|---|---|

Verbal Ink
11835 W. Olympic Blvd. Suite 1020E
Los Angeles, CA 90064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,005.00 |
|---|---|---|---|

Vinson & Elkins LLP
PO BOX 301019
Dallas, TX 75303-1019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,622.48 |
|---|---|---|---|

Xandr f/k/a AppNexus
28 West 23rd Street, 4th FL
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Andrea Martin, Esq.<br>Burns & Levinson LLP<br>125 High St<br>Boston, MA 02110 | Line  _3.73_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Internal Revenue Service<br>Special Procedures<br>955 So. Springfield Avenue<br>Springfield, NJ 07081 | Line  _2.12_<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 1,607,050.18 |
| **5b. Total claims from Part 2** | 5b. + | $ | 19,412,256.37 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 21,019,306.55 |

**Fill in this information to identify the case:**

Debtor name    SITO Mobile Solutions, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | Aivron campaign agreement |
| State the term remaining | |
| List the contract number of any government contract | Ash Greyson/Ribbow Media Group LLC<br>900 Division Street<br>Nashville, TN 37203 |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | Aviron Pictures lawsuit |
| State the term remaining | |
| List the contract number of any government contract | Burke Williams & Sorenson LLP<br>444 South Flower St, Suite 2400<br>Los Angeles, CA 90071 |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | Aviron Pictures lawsuit |
| State the term remaining | |
| List the contract number of any government contract | MediaJel, Inc.<br>1475 North Broadway<br>Suite 420<br>Walnut Creek, CA 94956 |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | Aviron Pictures lawsuit |
| State the term remaining | |
| List the contract number of any government contract | Sean Clayton<br>5829 Phoenix Dr., Apt. 112<br>Dallas, TX 75231 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    SITO Mobile Solutions, Inc.                                    Case number *(if known)*
_____    _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Aviron Pictures lawsuit |
| | State the term remaining | |
| | List the contract number of any government contract | The Rubicon Project, Inc. 12181 Bluff Creek Drive, Floor 4 Playa Vista, CA 90094 |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Aviron Pictures lawsuit |
| | State the term remaining | |
| | List the contract number of any government contract | Troutman Pepper LLP 875 3rd Ave New York, NY 10022 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___SITO Mobile Solutions, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | SITO Mobile Media | 100 Town Square Place, Suite 204<br>Jersey City, NJ 07310<br>Co-debtor on all debt obligations | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | SITO Mobile R&D, IP LLC | 100 Town Square Place, Suite 204<br>Jersey City, NJ 07310<br>Co-debtor on all debt obligations | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | SITO Mobile, Ltd. | 100 Town Square Place, Suite 204<br>Jersey City, NJ 07310<br>Co-Debtor on all debt obligations | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    SITO Mobile Solutions, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2020 to Filing Date | ■ Operating a business<br>☐ Other  _____ | $1,111,812.34 |
| For prior year:<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other  _____ | $27,247,508.00 |
| For year before that:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other  _____ | $39,746,351.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | SITO Mobile Solutions, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | MediaJel, Inc.<br>1475 North Broadway<br>Suite 420<br>Walnut Creek, CA 94956 | 7/15; 8/17 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  settlement payments |
| 3.2. | Lockton Companies LLC<br>444 W. 47th Street, Suite 900<br>Kansas City, MO 64112 | 7/6; 8/4; 9/24 | $163,108.68 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | Semcasting<br>41 High Street<br>North Andover, MA 01845 | 7/16; 8/17 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Vaco Bridgewater, LLC<br>5501 Virginia Way, Ste 120<br>Brentwood, TN 37027 | 7/15; 8/28 | $22,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  settlement payments |
| 3.5. | Mark Del'Priore<br>36 Navesink Ave<br>Rumson, NJ 07760 | 7/2 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  settlement payments |
| 3.6. | Cigna Healthcare<br>CGLIC Hookset<br>PO Box 360942<br>Pittsburgh, PA 15251-6942 | 7/22 | $7,631.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | Bruce Bernstein LLP<br>724 Periwinkle Lane<br>Wynnewood, PA 19096 | 8/3 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. | Pepper Hamilton LLP<br>New York Times Building<br>620 Eighth Avenue, 37th Fl<br>New York, NY 10018-1405 | 8/3; 9/1 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    SITO Mobile Solutions, Inc. _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. Smaato, Inc.<br>PO Box 740727<br>Los Angeles, CA 90074-0727 | 7/1; 8/3 | $75,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_settlement payments_ |
| 3.10. The Rubicon Project, Inc.<br>12181 Bluff Creek Drive, Floor 4<br>Playa Vista, CA 90094 | 7/1; 8/3 | $33,334.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_settlement payments_ |
| 3.11. Reset Digital LLC c/o Allscope<br>462 7th Ave<br>New York, NY 10018 | 7/17; 9/15 | $76,906.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. Spectrum Media Services<br>c/o Dave Hills<br>1460 Broadway, 6th Floor<br>New York, NY 10036 | 7/27; 8/28;<br>9/2 | $83,279.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

| Debtor | SITO Mobile Solutions, Inc. | | Case number *(if known)* | |

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    SEE ATTACHED RIDER | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:     Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:     Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:     Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor      SITO Mobile Solutions, Inc.                                              Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. WASSERMAN, JURISTA & STOLZ, P.C. 110 Allen Road Suite 304 Basking Ridge, NJ 07920 | retainer and filing fee | 10/1/2020 | $16,717.00 |
| **Email or website address** attys@wjslaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. 100 Town Square Place Suite 204 Jersey City, NJ 07310 | 2015-2019 |

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | SITO Mobile Solutions, Inc. | Case number *(if known)* | |
|---|---|---|---|

---

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | ADP 401(k) | EIN: |

    Has the plan been terminated?
    ■ No
    ☐ Yes

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo<br>420 Montgomery<br>Portland, ME 04104 | XXXX-7752 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 4/29/2020 | $1,641.64 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    SITO Mobile Solutions, Inc.                                          Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Extra Space Storage<br>2027 83rd St.<br>North Bergen, NJ 07047 | Principal | old files | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **7**

| Debtor | SITO Mobile Solutions, Inc. | Case number *(if known)* | |

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Angelica Dos Santos | |
| 26a.2. | Christofer Almanzar | |
| 26a.3. | Sandip Amin<br>253 Seaview Ave<br>Jersey City, NJ 07305 | 1/2009-9/2020 |
| 26a.4. | Gregg Saunders | |
| 26a.5. | Frank Ferro | |
| 26a.6. | Terry Lynn | |
| 26a.7. | Aaron Tam | |
| 26a.8. | Steve Ronning | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | BDO USA, LLP<br>90 Woodbridge Center Dr. 4th Fl<br>Woodbridge, NJ 07095-1163 | 1/2018-2/2020 |

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.2. | Deloitte Tax LLP<br>Dallas, TX 75284 | 1/2017-2/2020 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | BDO USA, LLP<br>90 Woodbridge Center Dr. 4th Fl<br>Woodbridge, NJ 07095-1163 | |

Debtor    SITO Mobile Solutions, Inc. _____    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Deloitte Tax LLP<br>Dallas, TX 75284 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Small Business Administration |
| 26d.2. Lockton Insurance<br>444 W. 47th St., Suite 900<br>Kansas City, MO 64112 |
| 26d.3. MediaJel, Inc.<br>1475 North Broadway<br>Suite 420<br>Walnut Creek, CA 94956 |
| 26d.4. Merida Capital<br>41 Lexington Ave., Suite 1801<br>New York, NY 10022 |
| 26d.5. Oppenheimer<br>85 Broad St., 25th Fl.<br>New York, NY 10004 |
| 26d.6. Lakestreet Capital<br>920 Second Ave. So., Suite 700<br>Minneapolis, MN 55402 |
| 26d.7. Fastpay<br>8201 Beverly Blvd.<br>Los Angeles, CA 90048 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas Candelaria | 2228 El Camino Del Norte<br>Encinitas, CA 92024 | Board of Directors, state in financial transaction proceeds | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven Baksa | 2 Woods Lane<br>Chatham, NJ 07928 | Board of Directors, Secured noteholder, Shareholder | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    SITO Mobile Solutions, Inc.                                   Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gavin Scotti | 616 Purchase St. Rye, NY 10580 | Board of Directors, Secured noteholder, Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SEE ATTACHED RIDER | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jonathan Bond | 34 Desbrosses St., Apt. 227 New York, NY 10013 | Chairman of the Board, Comp Committee Chairman | 2018-2020 |
| Steven Felsher | 61 East 11th Street New York, NY 10003 | Board of Directors, Audit Committee Chairman | 2018-2020 |
| Brett O'Brien | 1045 Elmwood Ave Wilmette, IL 60091 | Board of Directors | 2018-2020 |
| Steven Bornstein | 1129 Summit Dr. Beverly Hills, CA 90210 | Board of Directors | 2018-2020 |
| Brant Bough | 3 Stuyvesant Oval, 12D New York, NY 10009 | Board of Directors | 2018-2020 |
| Thomas Pallack | 12953 Blue Heron Circle Ojai, CA 93023 | Board of Direcotrs, CEO | 2017-2019 |
| Terrance Lynn | 165 Georgia Ln Portola Valley, CA 94028 | CFO | 2019 |

Debtor    SITO Mobile Solutions, Inc. _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Scott Kauffman | 260 Churchhill Ave. Palo Alto, CA 94301 | Interim CEO | 2019 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    SITO Mobile Solutions, Inc.                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

     **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

     I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October  7, 2020

/s/ Thomas Candelaria                                    Thomas Candelaria
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

RIDER TO SOFA #7 - LEGAL ACTIONS

| Case title and case number | Court or agency's name and address | Status of case |
|---|---|---|
| SEC vs Hug/Streams<br>Civil Action No: 2:19-cv-16290-ES-ESK | SEC.  Filed in District Court for the State of New Jersey. | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title and case number | Court or agency's name and address | Status of case |
|---|---|---|
| SITO Mobile Solutions, Inc. vs Aviron Pictures, LLC<br><br>Case number:<br>Civil Action No:<br> 19SMCV01774 | Superior Court of California, Los Angeles. | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title and case number | Court or agency's name and address | Status of case |
|---|---|---|
| SITO MOBILE, LTD., vs FloSports<br>Case Number:<br>6:20-cv-00471 | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS<br><br>WACO DIVISION | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title and case number | Court or agency's name and address | Status of case |
|---|---|---|
| SITO MOBILE, LTD., vs Hulu, LLC<br>Case Number:<br>6:20-cv-00472 | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS<br>WACO DIVISION | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title and case number | Court or agency's name and address | Status of case |
|---|---|---|
| Mobile Marketing Association, Inc. vs Sito Mobile, Ltd.<br>Case Number:<br>656572/2019 | SUPREME COURT OF NEW YORK<br>COUNTY OF NEW YORK | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title and case number | Court or agency's name and address | Status of case |
|---|---|---|
| Clearcode S.A., formerly known as D DIGINEDIA SP.Z O.O., Case Number: 156139/201/2019 | SUPREME COURT OF NEW YORK COUNTY OF NEW YORK | ☒ Pending ☐ On appeal ☐ Concluded |
| Mark Del'Priore vs Sito Mobile, Ltd. Case number: 158733/2019 | Supreme Court of the State of New York, County of New York | ☐ Pending ☐ On appeal ☒ Concluded but have breached settlement |
| Rubicon vs Sito Mobile Media, Inc. Case number: 19SMCV01503 | Los Angeles Superior | ☐ Pending ☐ On appeal ☒ Concluded but have breached settlement |
| Smaato, Inc. vs SITO MOBILE, LTD, et al., Case number: 4-19-cv-07555-HSG | United States District Court for the Northern District of California | ☐ Pending ☐ On appeal ☒ Concluded but have breached settlement |
| Sandi Roper on behalf of all other similarly situated vs SITO Mobile, Ltd., Jerry Hug and Kurt Streams Case Number: 2:17-cv-01106-ES-MAH | UNITED STATES DISTRICT COURT, District of New Jersey | ☐ Pending ☐ On appeal ☒ Concluded |

| Case title and case number | Court or agency's name and address | Status of case |
|---|---|---|
| _____ | _____ | _____ |
| Digital Place-Based v. Sito Mobile Solutions<br>Docket #L-003422-20 | UNITED STATES DISTRICT COURT, District of New Jersey Hudson County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title and case number | Court or agency's name and address | Status of case |
|---|---|---|
| _____ | _____ | _____ |
| SITO Mobile, Ltd. v. Blue Scout Media, LLC<br>Case No. 6:20-cv-00910 | UNITED STATES DISTRICT COURT, Western District of Texas, Waco Division | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Oath, Inc. v. Sito Mobile Solutions, Inc.<br>Case No. 1:20cv11803 | USDC Massachusetts, Massachusetts | |

| Name | Name/1st Line Address | 2nd Line Address | 3rd Line Address | 4th Line Address | 5th Line Address | Shares |
|---|---|---|---|---|---|---|
| CEDE & CO | PO BOX 20 | BOWLING GREEN STATION | NEW YORK NY 10274 | | | 21,890,909 |
| NICOLE BRAUN TR | THE NICOLE BRAUN 2010 TRUST | U/A DTD 05/10/2010 | 5574 VALERIO TRL | SAN DIEGO CA 92130-1426 | | 1,504,566 |
| STEPHEN BAKSA | 2 WOODS LN | CHATHAM NJ 07928-1760 | | | | 434,102 |
| NICOLE BRAUN | 5574 VALERIO TRL | SAN DIEGO CA 92130-1426 | | | | 393,520 |
| JONATHAN SANDELMAN | 515 PARK AVE APT 14 | NEW YORK NY 10022-1196 | | | | 360,846 |
| BALANCE ACCOUNT REPRESENTING THE | UNEXCHANGED SHARES (COM & NEW ISSUE) | % 4 CONTINENTAL STOC TRANSFER | 1 STATE ST | NEW YORK NY 10004-1123 | | 298,353 |
| HIROAKI AOYAMA | 3-4-24 YAMAMOTO-CHO MINAMI | YAO OSAKA 581 0013 | JAPAN | | | 195,000 |
| HIROAKI AOYAMA | YAMAMOTO-CHO, MINAMI-3-4-24 | YAO-SHI, OSAKA-FU 581-0013 | JAPAN | | | 100,000 |
| CHANG WAN YOO | 2-18-4 HIGASHI SHIMBASHI #604 | MINATO-KY | TOKYO 105-0021 | JAPAN | | 50,000 |
| EVAN TURNER | 19966 OLD POND CT | BEVERLY HILLS MI 48025 | | | | 45,112 |
| STEPHEN D BAKSA TR UA 10/12/09 | BRIAN S BAKSA TRUST | 2 WOODS LN | CHATHAM NJ 07928-1760 | | | 41,667 |
| STEPHEN D BAKSA TR UA 08/12/08 | SARAH ELIZABETH BAKSA TRUST | 2 WOODS LN | CHATHAM NJ 07928-1760 | | | 41,667 |
| SULLIVAN TRUST B | DTD MAY 8 2013 | PO BOX 864 | WILSON WY 83014-0864 | | | 31,018 |
| C KENNETH SHANK | 37 GREEN WAY | NEW PROVIDENCE NJ 07974-2957 | | | | 26,847 |
| STEPHEN D BAKSA | 2 WOODS LN | CHATHAM NJ 07928-1760 | | | | 25,000 |
| HERBERT S FITZGIBBON II | 9950 RENFREW AVE | VERO BEACH FL 32963-4903 | | | | 20,000 |
| EDWARD M GILES | PETER B CANNELL & CO | 545 MADISON AVE | NEW YORK NY 10022-4219 | | | 20,000 |
| JOHN D HOGAN IRA | C/O FIDUCIARY TRUST CO INTL | ATTN GEORGE CATAUDELLA | 600 5TH AVE FL 4 | NEW YORK NY 10020-2302 | | 20,000 |
| GRAHAM COX | 1771 CALLE DELICADA | LA JOLLA CA 92037-7121 | | | | 15,000 |
| NICOLE BRAUN CUST | NICOLAS MACALUSO | UN CA UNIF TRANS MIN ACT | 5574 VALERIO TRL | SAN DIEGO CA 92130-1426 | | 14,388 |
| GAVIN SCOTTI | 616 PURCHASE ST | RYE NY 10580-1871 | | | | 13,334 |
| MAXIMILLIAN WOLFGANG MACALUSO | 1818 SARASOTA CORTE | RANCHO SANTA FE CA 92067 | | | | 12,500 |
| LEONARD WERBIN & | NANCY B WERBIN TR | THE WERBIN FAMILY TRUST | U/A DTD 10/20/1992 | 614 LADIN LN | LAKEWAY TX 78734-4157 | 5,750 |
| MICHAEL SOROCHINSKY & | LAUREN SOROCHINSKY TRS | MICHAEL & LAUREN SOROCHINSKY FAM TRUST | U/A DTD 09/11/00 | 31508 ANACAPA VIEW DR | MALIBU CA 90265-2646 | 5,000 |
| BRUCE NEWELL | 303 VANDERPOOL LN | HOUSTON TX 77024-6122 | | | | 5,000 |
| MATTHEW BURR | 960 3RD ST APT 309 | SANTA MONICA CA 90403-2507 | | | | 4,603 |
| SHARON K RUNAGER TTEE OF THE SHARON K | RUNAGER EXEMPT TRUST DTD 9 24 93 | 1035 SOLANA DR | DEL MAR CA 92014-3906 | | | 4,167 |
| RITA VALDEZ | 713 W HERVEY DR | ROSWELL NM 88203-3610 | | | | 3,500 |
| JOHN D RUNAGER & SHARON RUNAGER | TR OF THE RUNAGER FAMILY TR 11 30 | 1035 SOLANA DR | DEL MAR CA 92014-3906 | | | 3,384 |
| JEREMY M HURWITZZ | 9737 SAWYER ST | LOS ANGELES CA 90035-4107 | | | | 3,244 |
| DAVID M BOLAND | 4 PLAYERS CLUB DR | CHARLESTON WV 25311-1626 | | | | 2,700 |
| TERRANCE A GLASS & | CATHY R GLASS JTTEN | 4304 SUGAR CANE AVE | BAKERSFIELD CA 93313-2943 | | | 2,500 |
| CHARLES SCHWAB TR COMPANY TR | LITTLER MENDELSON 401 (K) PLAN & TR | 425 MARKET ST FL 7 | SAN FRANCISCO CA 94105-5405 | | | 2,500 |
| MAXIMILLIAN M MACALUSO | 5574 VALERIO TRL | SAN DIEGO CA 92130-1426 | | | | 1,888 |
| STEPHEN C STANILAND | 4870 ELLINGTON ST | VENTURA CA 93003-0375 | | | | 1,800 |
| KICHLINE FAMILY TRUST | 1371 ROLLING SUNSET ST | HENDERSON NV 89052-3123 | | | | 1,500 |
| KEITH SIEBRECHT & | JILL SIEBRECHT JT TEN | 1895 290TH ST | ODEBOLT IA 51458-7564 | | | 1,500 |
| ANTONIO RAMIREZ & | ALICIA RAMIREZ JTTEN | 3027 PRADO LN | COLTON CA 92324-9545 | | | 1,334 |
| STEPHEN R DECKER | 811 BUENA VIS APT 3 | SAN CLEMENTE CA 92672-5076 | | | | 1,250 |
| BRITT SIEBRECHT | 2784 GARD AVE | ODEBOLT IA 51458-7423 | | | | 1,000 |
| GABRIEL STINE & | WENDY STINE JTTEN | 8677 SVL BOX | VICTORVILLE CA 92395-5128 | | | 850 |
| L RALPH PIERCY & | LYNN M PIERCY JTTEN | 219 N CIMARRON RD | LAS VEGAS NV 89145-3917 | | | 834 |
| JIM QUAST | 16 JUMP UP CT | GARBERVILLE CA 95542-3621 | | | | 750 |
| STEVE ROSS | 399 GRAHAM DR | COPPELL TX 75019-7500 | | | | 750 |
| MARC SIEBRECHT | 1895 280TH ST | ODEBOLT IA 51458-7564 | | | | 750 |
| MARY E BOLAND | 296 WARRINGTON DR | ROCHESTER NY 14618-1540 | | | | 500 |
| ROBYN BRADLEY | 7781 OSAGE CANYON ST | LAS VEGAS NV 89113-3007 | | | | 500 |
| CHARLES SCHWAB & CO INC CUST | JOSEPH MANDESE IRA 9094-7407 | ALTERNATIVE INVESTMENT | ATTN: SECURITIES OPERATIONS | 2423 E LINCOLN DR | PHOENIX AZ 85016-1215 | 500 |
| JOHN A GREENE | 88 KIRKWOOD RD NE | ATLANTA GA 30317-1133 | | | | 500 |
| RANDALL E HOWARD | 19476 TOMAHAWK RD | APPLE VALLEY CA 92307-5049 | | | | 500 |
| HERBERT W CHIP KLING | 5087 MIDAS AVE | ROCKLIN CA 95677-2278 | | | | 500 |
| RANDALL LANHAM | C/O LANHAM & ASSOCIATES | 28562 OSO PKWY STE D138 | RANCHO SANTA MARGARITA CA 92688-5595 | | | 500 |
| THOMAS ALLEN LAWRENCE | 1314 MANDALAY BEACH RD | OXNARD CA 93035-1964 | | | | 500 |
| DEBORAH SCALABRINI & | MICHAEL SCALABRINI JTTEN | 7255 HAWTHORNE RD | HESPERIA CA 92345-8544 | | | 500 |
| CHARLES J SPEELMAN & | SARA J SPEELMAN JTTEN | 16449 MOLINO DR | VICTORVILLE CA 92395-4262 | | | 500 |
| DANNY TARKANIAN | 3008 CAMPBELL CIR | LAS VEGAS NV 89107-3214 | | | | 500 |
| THE EVANS FAMILY TRUST | 1368 CAMINO TERESA | SOLANA BEACH CA 92075-1651 | | | | 500 |
| JOHN P VITULLI | 840 HARDELL LN | VISTA CA 92084-6627 | | | | 500 |
| KIM RUNAGER & | JOHN S RUNAGER JTTEN | 3657 BUENA VISTA ST | SAN DIEGO CA 92109-6619 | | | 417 |
| HERBERT W CHIP KLING & | BECKY S KLING JTTEN | 5087 MIDAS AVE | ROCKLIN CA 95677-2278 | | | 400 |
| LISA R DANIELS | 2221 HAWTHORNE PL | TUSTIN CA 92782-8364 | | | | 250 |
| SUSAN ELSTON | 3412 TOWNSHIP AVE | SIMI VALLEY CA 93063-1547 | | | | 250 |
| HENRY T NEWTON | 1107 SOLANA DR | DEL MAR CA 92014-3907 | | | | 250 |
| RICK QUAST | 24 ROSELAND TER | MARSTONS MILLS MA 02648-1927 | | | | 250 |
| ANGELA WIDMANN & | CRAIG WIDMANN JT TEN | 4596 S BUCKSKIN WAY | CHANDLER AZ 85249-5964 | | | 250 |
| JONATHAN M YRACEBURN & | NICOLE A YRACEBURN JTTEN | 6049 RANCHO BRAVADO | CARLSBAD CA 92009-2236 | | | 250 |
| JOSHUA PATRICK HOGAN | 417 ADELEINE | COLUMBIA IL 62236-2758 | | | | 200 |
| BRANDON J GAUDREN | 1231 BEASLEY ST | RIDGECREST CA 93555-6319 | | | | 167 |
| RYAN EDWARD HARRINGTON | 3977 W STRATFORD RD # 3977 | VIRGINIA BEACH VA 23455-1685 | | | | 167 |
| BENJAMIN H HINZ | 10655 WEXFORD ST UNIT 2 | SAN DIEGO CA 92131-3945 | | | | 167 |
| DARRELL E JACKSON | PO BOX 30846 | LAS VEGAS NV 89173-0846 | | | | 167 |
| FRANK WILLIAMS & | SHELEEN WILLIAMS JTTEN | 1797 NELSON WAY | SAN JOSE CA 95124-3715 | | | 167 |
| MARK ASHWORTH | 9733 TERRACE GREEN AVE | LAS VEGAS NV 89117-0691 | | | | 150 |
| JUAN V NOBLE | 13515 AVENIDA SANTA | LA MIRADA CA 90638 | | | | 150 |
| TERRY GLASS | 5811 RIVER BIRCH DRIVE | BAKERSFIELD CA 93306 | | | | 125 |
| JEREMY P HOGAN & | JENNIFER M HOGAN JTTEN | 1 HILLCREST DR | MONTICELLO IL 61856-8320 | | | 117 |
| JEREMY HOGAN | 1 FIELDCREST DR | MONTICELLO IL 61856-8320 | | | | 117 |
| RANDALL HOWARD | 19476 TOMAHAWK RD | APPLE VALLEY CA 92307-5049 | | | | 100 |
| DAVID A FISK & | ALLISON R FISK JTTEN | 305 HARRIS GROVE LN | YORKTOWN VA 23692-4014 | | | 75 |
| SCOTT PIERCY | 219 N CIMARRON RD | LAS VEGAS NV 89145-3917 | | | | 75 |
| ELAINE COMEAU | 2415 RIVER RIDGE DR | SARASOTA FL 34239-4228 | | | | 50 |
| COREY B FISK | 1385 E GRAND CANYON DR | CHANDLER AZ 85249-5454 | | | | 50 |
| ARTHUR E WILSON | 4701 DATE AVE UNIT 302 | LA MESA CA 91942-0291 | | | | 50 |
| JOHN FIGLIULO & | TERRY FIGLIULO JTTEN | 24533 W PARK RIVER LN | SHOREWOOD IL 60404-7671 | | | 50 |
| HIPCRICKET INC | 401 CONGRESS AVE STE 2650 | AUSTIN TX 78701-3708 | | | | 17 |
| | | | | | 85 | 25,641,812 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re    SITO Mobile Solutions, Inc.                                                    Case No.
_____                                   _____
                                              Debtor(s)                    Chapter      11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...........................................    $ _____15,000.00

    Prior to the filing of this statement I have received .............................    $ _____15,000.00

    Balance Due ...............................................................................................    $ _____0.00

2.  $   1,717.00    of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
    adversary proceeding.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

October  7, 2020                                    /s/ Daniel M. Stolz
_____              _____
*Date*                                               Daniel M. Stolz
                                                     *Signature of Attorney*
                                                     WASSERMAN, JURISTA & STOLZ, P.C.
                                                     110 Allen Road
                                                     Suite 304
                                                     Basking Ridge, NJ 07920
                                                     (973) 467-2700  Fax: (973) 467-8126
                                                     attys@wjslaw.com
                                                     _____
                                                     *Name of law firm*

---

## United States Bankruptcy Court
### District of New Jersey

In re   SITO Mobile Solutions, Inc.                                    Case No.
                                    Debtor(s)                  Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| SEE ATTACHED RIDER | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October  7, 2020                    Signature   /s/ Thomas Candelaria
                                                        Thomas Candelaria

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Section 6 - Part B:  Equity Security Holders**

| Name | Address | # of shares | Kind of Interest |
|------|---------|-------------|------------------|
| Gavin Scotti | 616 Purchase Street Rye, NY 10580 | 2,638,889 | 2 year, interest bearing note tied to company's assets and IP portfolio |
| Chris Scotti | 41 Sturgis Road Bronxville, NY 10708 | 972,222 | " |
| Stephen Baksa | 2 Woods Lane Chatham, NJ 07928 | 1,527,778 | " |
| Daniel Blackwell | 651 Airport Road Belle Vernon, PA 15012 | 277,778 | " |
| Edward Giles | 17 Heights Road Manhasset, NY 11030 | 277,778 | " |
| Invenire Partners, LP | 90 Grove Street, Suite 108 Ridgefield, CT 06877 | 1,388,889 | " |
| Superius Securities Group, Inc | 94 Grand Avenue Englewood, NJ 07631 | 694,444 | " |
| Ted Cooper | 65 West Hamilton Avenue Suite 1, Campbell, CA 95008 | 277,778 | " |
| Hiroaki Aoyama | 3-7-21 Yamamoto-cho Mianami Yao City, Osaka Japan | 1,388,889 | " |
| Medford Bragg | 2653 Slow Flight Drive Port Orange, FL | 555,556 | " |
| MediaJel, Inc | 1475 North Broadway, Suite 420 Walnut Creek, CA 94956 | 694,444 | " |
| Gavin Scotti, Sr. | 616 Purchase Street, Rye NY 10580 | 277,778 | " |

**United States Bankruptcy Court**
**District of New Jersey**

In re    SITO Mobile Solutions, Inc.                                  Case No. _____

                                    Debtor(s)     Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:    October  7, 2020                 /s/ Thomas Candelaria
                                           Thomas Candelaria/CEO
                                           Signer/Title

.

Adobe Systems, Inc.
f/k/a TubeMogul, Inc.
29322 Network Place
Chicago, IL 60673-1293


Allied Digital Strategies
26895 Aliso Creek Road, #B239
Aliso Viejo, CA 92656


Amazon Web Services, Inc.
PO Box 84023
Seattle, WA 98124-8423


American Express
PO Box 1270
Newark, NJ 07101


Andrea Martin, Esq.
Burns & Levinson LLP
125 High St
Boston, MA 02110


Ash Greyson/Ribbow Media Group LLC
900 Division Street
Nashville, TN 37203


Atom Tickets, LLC
2700 Colorado Blvd 4th Floor
Santa Monica, CA 90404


Avi Jamal
8830 Coco Plum Manor
Fort Lauderdale, FL 33324


BDO USA, LLP
90 Woodbridge Center Dr. 4th Fl
Woodbridge, NJ 07095-1163


Beeswax.io Corporation
275 7th Avenue 21st
New York, NY 10001


Bill Goldbach
1099 Summer Holly Lane
Encinitas, CA 92024

Broadridge ICS
P.O. Box 416423
Boston, MA 02241-6423


Bruce Bernstein LLP
724 Periwinkle Lane
Wynnewood, PA 19096


Burke Williams & Sorenson LLP
444 South Flower St, Suite 2400
Los Angeles, CA 90071


Cablevision Lightpath, Inc.
PO Box 360111
Pittsburgh, PA 15251


Celtra, Inc.
545 Boylston Street, 11th
Boston, MA 02116


Chet Petrow
3029 S Elati Street
Englewood, CO 80110


Chris Cassidy
267 E. 7th Street #1
New York, NY 10009


Chris Nuckolls
6627 Prairie Flower Trail
Dallas, TX 75227


Chris Scotti
41 Sturgis Road
Bronxville, NY 10708


Cinemark USA
3900 Dallas Parkway Suite 500
Plano, TX 75093


Clearcode S.A. (Digimedia)
Sw. Antoniego
2/4 50-073
Wroclaw
POLAND

Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348


comScore, Inc.
14140 Collection Center Dr
Chicago, IL 60693


Continental Stock Transfer and Trust Co.
One State Street Plaza
30th Fl.
New York, NY 10004


CoreLogic Spatial Solutions Attn: SS
P.O. Box 202351
Dallas, TX 75320-2351


Corporation Service Company
(CSC Delaware)
PO Box 13397
Philadelphia, PA 19101-3397


Crossix Solutions, Inc.
1001 Ave. of the Americas, 5th Floor
New York, NY 10018


Daniel Blackwell
651 Airport Road
Belle Vernon, PA 15012


Delaware Franchise Tax Board
Division of Corporations
PO Box 898
Dover, DE 19903


Department of Labor and Industries
PO Box 34974
Seattle, WA 98124-1974


Digital Place-Based Advertising Assoc.
205 E. 42nd St., 20th Fl.
New York, NY 10017

Domain Listings
PO Box 19607
Las Vegas, NV 89132-0607


DoubleVerify, Inc.
PO Box 392268
Pittsburgh, PA 15251-9268


Drawbridge, Inc.
2121 S El Camino Real 7th Floor
San Mateo, CA 94403


Dynamic Resources, Inc.
9060 Palisade Ave Suite C5
North Bergen, NJ 07047


Echo Point Media (V)
Young & Laramore, Attn: Accounts Receiva
407 Fulton Street
Indianapolis, IN 46202


Edgar Agents, LLC
105 White Oak Lane
Suite 104
Old Bridge, NJ 08857


Edward Giles
17 Heights Road
Manhasset, NY 11030


Electronical Office Systems
330 Fairfield Road
PO Box 10303
Fairfield, NJ 07004-2402


eMedia Patch
Attn: Masa Campara
150 W 47th Street #7A
New York, NY 10036


Ernest Grijalva
1810 S Stevens St
Seattle, WA 98144

Facebook, Inc.
1601 Willow Road
Menlo Park, CA 94025


Foursquare Labs, Inc.
PO Box 392184
Pittsburgh, PA 15251-9184


Fysical f/k/a BeaconsinSpace
1836 Broadway
San Francisco, CA 94109


Gavin Scotti
616 Purchase Street
Rye, NY 10580


Gavin Scotti, Sr.
616 Purchase Street
Rye, NY 10580


Georgia Ball
925 James Trail
Lake Alfred, FL 33850


Google, LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043


Gripko Productions LLC
7621 12th Street #258
Somers, WI 53171


Hayden IR, LLC
15879 N. 80th Street, Suite 204
Scottsdale, AZ 85260


Hiroaki Aoyama
3-7-21 Yamamoto-cho
Mianami
Yao City, Osaka
JAPAN


InfoGroup Database License Division
P.O. Box 957742
Saint Louis, MO 63195-7742

Innominds Software, Inc.
2055 Junction Ave, Suite 122
San Jose, CA 95131


Integral Ad Science, Inc.
Box 200197
Pittsburgh, PA 15251-0907


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Special Procedures
955 So. Springfield Avenue
Springfield, NJ 07081


International Credit Recovery, Inc.
300 Main Street PO Box 992
Vestal, NY 13851


Intrado Digital Media, LLC
West LLC c/o Nasdaq
P.O. Box 780700
Philadelphia, PA 19178-0700


Invenire Partners, LP
90 Grove St., Suite 108
Ridgefield, CT 06877


IPFS Financing (Lockton Companies)
301 W. 11th St., 4th Fl.
Kansas City, MO 64105


JAMS Inc.
18881 Von Karman Ave.
Suite 350
92612
Irvine, CA 92612


Jazz Foundation of America
247 West 37th Street, Ste 201
New York, NY 10018

Jonathan Bond
34 Debrosses St Apt 227
New York, NY 10013


Juliana Lupinacci
1029 Garden Street Apt 2
Hoboken, NJ 07030


K&L Gates LLP
P.O. Box 844255
Boston, MA 02284-4255


Kayzen Realtime Technologies
GmbH Rosa Luxemburg Str. 2
10178 BERLIN


Koby Halbrook
2012 W Colorado Blvd
Dallas, TX 75208


Kochava, Inc.
201 Church Street
Sandpoint, ID 83864


Kramer Levin Naftalis & Frankel LLP
Attn: Accounting Dept.
1177 Avenue of the Americas
New York, NY 10036-2714


Laurie Hartnett
5112 N Rutherford
Chicago, IL 60656


Lindsey McKenna
4865 North Vanderbilt Street
Portland, OR 97203


Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622


Littler Mendelson PC
P.O. Box 207137
Dallas, TX 75320-7137

LiveRamp, Inc. f/k/a Acxiom
P.O. Box 74007275
Chicago, IL 60674-7275


Location Sciences Al Ltd
20 Eastbourne Terrace
London W2 6LG
UNITED KINGDOM


Looker Data Sciences, Inc.
101 Church Street 4th Floor
Santa Cruz, CA 95060


Luis Serra
17015 164th Avenue NE
Woodinville, WA 98072


Lynn Collins Communications, Inc.
7 Knoll Lane
Glen Head, NY 11545


Mark Del'Priore
36 Navesink Ave
Rumson, NJ 07760


Marketing Accountability Standards Board
38 East 37th Street, Box # 5
New York, NY 10016


Massachusetts Dept of Revenue
PO Box 7089
Boston, MA 02241-7089


Mastercard International
4 Chase Metrotech Center, 7th Floor East
Lockbox 9084
Brooklyn, NY 11245-0002


McGuire Woods Meister Seelig & Fein LLP
1345 Avenue of the Americas, 7th Fl
New York, NY 10105-0106


Medford Bragg
2653 Slow Flight Drive
Port Orange, FL 32128

MediaJel, Inc.
1475 North Broadway
Suite 420
Walnut Creek, CA 94956


MediaJel, Inc.
1475 North Broadway
Suite 400
Walnut Creek, CA 94956


Meister Seelig & Fein LLP
125 Park Avenue, 7th FL
New York, NY 10017


Melvin Wilson
(Solve Innovation Group)
81 Prospect St
Brooklyn, NY 11201


Mobile Marketing Association, Inc.
2020 Maltby Rd, PMB 123
Bothell, WA 98021


Mobile Technology LLC/Onspot Data
7193 S Poplar Street
Centennial, CO 80112


Musical.Ly Inc. (Tiktok)
10100 Venice Blvd, Suite 301
Culver City, CA 90232


Nacci Technologies
275 7th Ave., 27th Fl.
New York, NY 10001


Neustar Data Services, Inc.
Bank of America
P.O. Box 742000
Atlanta, GA 30374


New Jersey Division of Taxation
PO Box 666
Trenton, NJ 08646-0666

New York State Unemployment Insurance
PO Box 4301
Binghamton, NY 13902-4301


Nintex f/b/a Drawloop Technologies, Inc.
10800 NE 8th Street, Suite 400
Bellevue, WA 98004


NYS Workers' Compensation Board Finance
Assessment Unit
328 State St, Rm 331
Schenectady, NY 12305


Oath (Americas) Inc.
General Post Office PO Box 5696
New York, NY 10087-5696


OpenMessage
712 Fifth Ave, 7th flr.
New York, NY 10019


Oracle America, Inc.
PO Box 203448
Dallas, TX 75320-3448


Orrick, Herrington & Sutcliffe LLP
2121 Main Street
Wheeling, WV 26003


Pepper Hamilton LLP
New York Times Building 37th Floor
620 Eighth Ave
New York, NY 10018-1405


Rachel Allgood Consulting LLC
25 Draper Street Apt. 227
Greenville, SC 29611


Ready Refresh by Nestle
6661 Dixie Hwy, Suite 4 #216
Louisville, KY 40258


Reddit Inc.
548 Market Street #16093
San Francisco, CA 94104-5401

Reset Digital LLC
c/o Allscope
462 7th Ave.
New York, NY 10018


Ribbow Media Group LLC
900 Division Street
Nashville, TN 37203


Roiland Diab
95 Hoaratio Street #4D
New York, NY 10014


Salesforce.com, Inc.
P.O. Box 203141
Dallas, TX 75320-3141


Sam Flesta
272 3rd St.
Jersey City, NJ 07302


Scott Kauffman


Sean Clayton
5829 Phoenix Dr., Apt. 112
Dallas, TX 75231


SEM Internet Reklam Hizmetleri ve D. A.S
Esentepe Mah. Kore Sehitleri Cad. NO:19
Zincirlikuyu / Istanbul


Semcassting
41 High St
North Andover, MA 01845


Simulmedia, Inc.
401 Park Avenue S, 11th Floor
New York, NY 10016


SITO Mobile Media
100 Town Square Place, Suite 204
Jersey City, NJ 07310

SITO Mobile R&D, IP LLC
100 Town Square Place, Suite 204
Jersey City, NJ 07310


SITO Mobile, Ltd.
100 Town Square Place, Suite 204
Jersey City, NJ 07310


Sizmek Technologies, Inc.
P.O. Box 28246
New York, NY 10087-8246


Smaato, Inc.
PO Box 740727
Los Angeles, CA 90074-0727


Small Business Administration
409 3rd St. SW
Washington, DC 20416


Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019


Snap, Inc.
2772 Donald Douglas Loop North
Santa Monica, CA 90405


Special Counsel, Inc.
10151 Deerwood Park Blvd.
Suite 400
Jacksonville, FL 32256


Spectrum Media Services
c/o Dave Hills
1460 Broadway, 6th Fl.
New York, NY 10036


State of Arkansas Department of Finance
Corporate Income Tax Section
PO Box 919
Little Rock, AR 72203

Stephen Baksa
2 Woods Lane
Chatham, NJ 07928

Steven Felsher
61 East 11th Street
New York, NY 10003

Superior Securities Group, Inc.
94 Grand Ave.
Englewood, NJ 07631

Susanna Wheeler
2205 NW 62nd Street
Seattle, WA 98107

SVGC, a Professional Corporation
18428 Twin Creeks Rd
Los Gatos, CA 95030

Tapad, Inc.
DEPT CH 19637
Palatine, IL 60055-9637

Ted Cooper
65 West Hamilton Ave.
Suite 1
Campbell, CA 95008

The Harrison Group, Inc.
3 Raymond Drive, Suite 201
Havertown, PA 19083

The Nasdaq Stock Market LLC
LBX #20200 P.O. Box 780200
Philadelphia, PA 19178-0200

The Rubicon Project, Inc.
12181 Bluff Creek Drive, Floor 4
Playa Vista, CA 90094

Thomas Pallack
12953 Blue Heron Circle
Ojai, CA 93023

TIAA Commercial Finance, Inc.
PO Box 911608
Denver, CO 80291-1608


Tom Candelaria
2228 El Camino Del Norta
Encinitas, CA 92024


Troutman Pepper LLP
875 3rd Ave
New York, NY 10022


U.S. Bank
Treasury Management Services CM 9581
PO Box 70870
Saint Paul, MN 55170-9581


Unacast, Inc.
12 East 33rd Street, 10th Floor
New York, NY 10016


Vaco Bridgewater, LLC
5501 Virginia Way, Ste 120
Brentwood, TN 37027


Vcorp Service LLC
25 Robert Pitt Drive, Suite 204
Monsey, NY 10952


Verbal Ink
11835 W. Olympic Blvd. Suite 1020E
Los Angeles, CA 90064


Vinson & Elkins LLP
PO BOX 301019
Dallas, TX 75303-1019


Xandr f/k/a AppNexus
28 West 23rd Street, 4th FL
New York, NY 10010

# United States Bankruptcy Court
### District of New Jersey

In re  SITO Mobile Solutions, Inc.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   SITO Mobile Solutions, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October  7, 2020

Date

/s/ Daniel M. Stolz

Daniel M. Stolz

Signature of Attorney or Litigant
Counsel for   SITO Mobile Solutions, Inc.
WASSERMAN, JURISTA & STOLZ, P.C.

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700 Fax:(973) 467-8126
attys@wjslaw.com