UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PERKINS COIE LLP
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
Tel: 212.262.6900 / Fax: 212.977.1649
Gary F. Eisenberg GEisenberg@perkinscoie.com
Amir Gamliel Agamliel@perkinscoie.com
(Pro Hac Vice Pending)
Kathleen Allare KAllare@perkinscoie.com
(Pro Hac Vice Pending)
Proposed Counsel to the Official Committee of Unsecured Creditors

**Order Filed on December 1, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SITO MOBILE SOLUTIONS, INC., et al.

Debtors.

Case No.: 20-21436

Chapter: 11

Judge: Stacey L. Meisel

(Jointly Administered)

## ORDER AUTHORIZING RETENTION OF

## PERKINS COIE LLP

The relief set forth on the following page is **ORDERED**.

**DATED: December 1, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Perkins Coie LLP___

as ___counsel to the Official Committee of___, it is hereby ORDERED:
    Unsecured Creditors

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  1155 Avenue of the Americas
   
   22nd Floor
   
   New York, NY 10036-2711

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is ~~the date the application was filed with the Court.~~ November 11, 2020, the date Perkins Coie LLP was selected as counsel for the Committee.

*rev.8/1/15*

2