# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re SITO Mobile Ltd, Solutions, R&D IP

Debtor

Case No(s). 20-21435, 20-21436, 20-21437

Reporting Period: 10/8/2020 - 10/31/2020

## MONTHLY OPERATING REPORT

**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | bank statement | | |
| Schedule of Professional Fees Paid | MOR-1b | n/a | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | P&L | | |
| Balance Sheet | MOR-3 | Balance Sheet | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_Thomas Candelaria_                    12/8/2020
Signature of Debtor                    Date


Signature of Joint Debtor              Date

_Thomas Candelaria_                    12/8/2020
Signature of Authorized Individual*    Date

Thomas Candelaria                      CEO
Printed Name of Authorized Individual  Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re SITO Mobile Ltd, Solutions, R&D IP
Debtor

Case No(s). 20-21435, 20-21436, 20-21437
Reporting Period: 10/8/2020 - 10/31/2020

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 6,416.93 | | | | 6,416.93 | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 0 | | | |
| ACCOUNTS RECEIVABLE | 37,944.87 | | | | 37,944.87 | | | |
| LOANS AND ADVANCES | | | | | 0 | | | |
| SALE OF ASSETS | | | | | 0 | | | |
| OTHER (ATTACH LIST) | | | | | 0 | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | 0 | | | |
| TOTAL RECEIPTS | 37,944.87 | | | | 37,944.87 | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 13,459.30 | | | | 13,459.30 | | | |
| PAYROLL TAXES | 6,745.23 | | | | 6,745.23 | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | 10899.4 | | | | 10,899.40 | | | |
| ADMINISTRATIVE | 354.59 | | | | 354.59 | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | 1154.00 | | | | 1154.00 | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 32,612.52 | | | | 32,612.52 | | | |
| NET CASH FLOW | 5,332.35 | | | | 5,332.35 | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | 11,749.28 | | | | 11,749.28 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | $ |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ |

MOR 1

In re SITO Mobile Ltd, Solutions, R&D IP                                    **Case No(s). 20-21435, 20-21436, 20-21437**
        Debtor                                                Reporting Period: 10/8/2020 - 10/31/2020

# SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

### Continuation Sheet for MOR-1

This sheet contains the details for "other" under the Disbursements section

| | |
|---|---|
| Wage Garnishment | 855.00 |
| Limegoat IR Website | 299.00 |
| Total: | 1154.00 |

List of 'other disbursements' for MOR1

DocuSign Envelope ID: 95D2D902-AAD1-4366-9576-37FDC87714DC

In re SITO Mobile Ltd, Solutions, R&D IP
Debtor

**Case No(s). 20-21435, 20-21436, 20-21437**
Reporting Period: 10/8/2020 - 10/31/2020

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| none | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b (04/07)

**In re SITO Mobile Ltd, Solutions, R&D IP**

Debtor

**Case No(s). 20-21435, 20-21436, 20-21437**

Reporting Period: 10/8/2020 - 10/31/2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 3228.72 | 3228.72 | 10/19 | EFT | 0 |
| FICA-Employee | 0 | 1360.44 | 1360.44 | 10/19 | EFT | 0 |
| FICA-Employer | 0 | 1343.62 | 1343.62 | 10/19 | EFT | 0 |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 0 | 5932.78 | 5932.78 | | | |
| **State and Local** | | | | | | |
| Withholding | 0 | 703.74 | 703.74 | 10/19/20 | EFT | 0 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 0 | 12 | 12 | 10/19/20 | EFT | 0 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:   Disability | 0 | 96.71 | 96.71 | 10/19/20 | EFT | 0 |
| Total State and Local | | 812.45 | 812.45 | | | |
| **Total Taxes** | 0 | 6745.23 | 6745.23 | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 23238.12 | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | 500 | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.
Through our DIP financing we received.

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re SITO Mobile Ltd, Solutions, R&D IP
  Debtor

Case No(s). 20-21435, 20-21436, 20-21437
Reporting Period: 10/8/2020 - 10/31/2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 491,344 | |
| + Amounts billed during the period | 147,694.37 | |
| - Amounts collected during the period | 35,122.95 | |
| Total Accounts Receivable at the end of the reporting period | 603,972.03 | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | 158,134.50 | |
| 31 - 60 days old | 10,174.18 | |
| 61 - 90 days old | 131.73 | |
| 91+ days old | 435,531.62 | |
| Total Accounts Receivable | 603,972.03 | |
| Amount considered uncollectible (Bad Debt) | 0 | |
| Accounts Receivable (Net) | 603,972.03 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | No |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | No |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | Yes | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | Yes | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | No |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re SITO Mobile Ltd, Solutions, R&D IP                     Case No(s). 20-21435, 20-21436, 20-21437
        Debtor                                        Reporting Period: 10/8/2020 - 10/31/2020

## INITIAL MONTHLY OPERATING REPORT
**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| **12-Month Cash Flow Projection  (Form IR-1)** | | |
| **Certificates of Insurance:** | | |
|     Workers Compensation | certificate | |
|     Property | certificate | |
|     General Liability | certificate | |
|     Vehicle | n/a | |
|     Other: | | |
|     Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
|     Tax Escrow Account | n/a | |
|     General Operating Account | October bank statement | |
|     Money Market Account pursuant to Local Rule 4001-3 for the | n/a | |
|     District of Delaware only.  Refer to: | n/a | |
|     http://www.deb.uscourts.gov/ | | |
|     Other: | | |
| **Retainers Paid (Form IR-2)** | n/a | |
| | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

*Thomas Candelaria*
D4EFB56B138F469...
Signature of Debtor                                    12/8/2020
                                         Date


Signature of Joint Debtor                              Date

*Thomas Candelaria*
D4EFB56B138F469...
Signature of Authorized Individual*                    12/8/2020
                                           Date

Thomas Candelaria                                      CEO
Printed Name of Authorized Individual                  Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation;          FORM IR
a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.      (4/07)

In re SITO Mobile Ltd, Solutions, R&D IP
    Debtor

**Case No(s). 20-21435, 20-21436, 20-21437**
Reporting Period: 10/8/2020 - 10/31/2020

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer 1)

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| NONE | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1  Identify all Evergreen Retainers

Form IR-2 (4/07)

# Analyzed Business Checking



Account number:  **3318405994**  ■  October 1, 2020 - October 31, 2020  ■  Page 1 of 3

SITO MOBILE SOLUTIONS, INC.
123 TOWN SQUARE PL # 419
JERSEY CITY NJ 07310-1756

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

# Account summary

## *Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▓▓▓5994 | $46,469.74 | $51,279.09 | -$85,999.55 | $11,749.28 |

# Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/02 | 13,094.47 | Deposit Made In A Branch/Store |
| | 10/02 | 239.75 | Bancorpsv Hist Rtn 201002 99994 Core Documents |
| | 10/09 | 28,632.48 | Deposit Made In A Branch/Store |
| | 10/20 | 9,312.39 | Centro Inc Centro Inc 201020 12024878 Sito Mobile Ltd. |
| | | **$51,279.09** | **Total electronic deposits/bank credits** |
| | | **$51,279.09** | **Total credits** |

# Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 10/01 | 25,935.01 | | WT Fed#02289 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 1001596057020794 Trn#201001213902 Rfb# 2300162441 |
| | 10/01 | 239.75 | < | Business to Business ACH Debit - Bancorpsv Bancorpsv 201001 99994 Wh-Core Documents-99994-Settle Purchase |
| | 10/02 | 10,439.14 | < | Business to Business ACH Debit - ADP Tax ADP Tax 201002 Aafix 100540A01 Sito Mobile Solutions |
| | 10/02 | 855.00 | < | Business to Business ACH Debit - ADP Wage Garn Wage Garn 201002 739053791791Fix Sito Mobile Solutions |
| | 10/02 | 410.00 | < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 201002 667181607660935 Sito Mobile Solutions |
| | 10/06 | 4,500.00 | | WT Fed#03602 Jpmorgan Chase Ban /Ftr/Bnf=Semcasting, Inc Srf# September Paymen Trn#201006142087 Rfb# 2112 |

Account number: ████5994 ■ October 1, 2020 - October 31, 2020 ■ Page 2 of 3



**WELLS FARGO**

*Electronic debits/bank debits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/06 | 4,000.00 | WT Fed#03155 Jpmorgan Chase Ban /Ftr/Bnf=Semcasting, Inc Srf# September Paymen Trn#201006140831 Rfb# 2110 |
| | 10/06 | 4,000.00 | WT Fed#03390 Jpmorgan Chase Ban /Ftr/Bnf=Semcasting, Inc Srf# September Paymen Trn#201006141353 Rfb# 2111 |
| | 10/06 | 1,769.90 | WT 201006-151145 Bank of America, NE /Bnf=Lisa Patrick Pallack Srf# August & Septemb Trn#201006151145 Rfb# 2113 |
| | 10/07 | 890.31 | < Business to Business ACH Debit - Cna ACH Prem-Pymt 201005 3033560574 Sito Mobile Solutions, |
| | 10/07 | 347.92 | < Business to Business ACH Debit - ADP 401K ADP 401K 201007 Aafix 100540V01 Sito Mobile Solutions |
| | 10/08 | 299.00 | WT Fed#00951 Jpmorgan Chase Ban /Ftr/Bnf=Limegoat Srf# Invoice 2164108 Trn#201007187748 Rfb# 2114 |
| | 10/08 | 1,035.00 | < Business to Business ACH Debit - ADP Wage Pay Wage Pay 201008 170060731595L57 Sito Mobile Solutions |
| | 10/09 | 1,530.74 | < Business to Business ACH Debit - The Guardian Oct Gp Ins Oct 01 52161800Be20000 Sito |
| | 10/13 | 354.59 | Client Analysis Srvc Chrg 201009 Svc Chge 0920 000003318405994 |
| | 10/19 | 12,424.30 | WT Fed#06932 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 1019239279004296 Trn#201019054040 Rfb# 3000163305 |
| | 10/19 | 6,745.23 | WT Fed#06933 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 1019237367003786 Trn#201019046995 Rfb# 6631384Vv |
| | 10/19 | 855.00 | WT Fed#06934 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 1019239310004401 Trn#201019054055 Rfb# 3000163306 |
| | 10/26 | 9,368.66 | WT Fed#09815 US Bank, NA /Ftr/Bnf=Cigna Srf# Gw00000037005238 Trn#201026199029 Rfb# 2115 |
| | | **$85,999.55** | **Total electronic debits/bank debits** |
| | | **$85,999.55** | **Total debits** |

< *Business to Business ACH:If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 46,469.74 | 10/07 | 6,416.93 | 10/19 | 11,805.55 |
| 10/01 | 20,294.98 | 10/08 | 5,082.93 | 10/20 | 21,117.94 |
| 10/02 | 21,925.06 | 10/09 | 32,184.67 | 10/26 | 11,749.28 |
| 10/06 | 7,655.16 | 10/13 | 31,830.08 | | |
| | **Average daily ledger balance** | **$21,157.36** | | | |

 IMPORTANT ACCOUNT INFORMATION

Effective on or after November 30, 2020, (1) Wells Fargo branches will no longer be able to issue Wells Fargo Instant Issue Debit Cards and/or Business Instant Issue Debit Cards in certain circumstances, and (2) Wells Fargo branches in the

Account number ████████5994  ▪  October 1, 2020 - October 31, 2020  ▪  Page 3 of 3



states of South Carolina and Washington will no longer be able to issue Wells Fargo Instant Issue Debit Cards, Wells Fargo Business Instant Issue Debit Cards, and/or EasyPay Instant Cards. If you need a replacement card, you may request one by signing on to Wells Fargo Online® or calling the number on your statement. Once requested, replacement cards typically arrive in 5 to 7 calendar days. If you previously added your current Wells Fargo Debit Card or EasyPay Card to your Wells Fargo-supported digital wallet, you may continue to make purchases and access Wells Fargo ATMs using your digital wallet while you wait for your replacement card to arrive. For more details on digital wallets, please visit wellsfargo.com/mobile/payments.

---

IMPORTANT ACCOUNT INFORMATION

**Regulation D and Wells Fargo withdrawal and transfer restrictions on all savings accounts have been discontinued.**

The Federal Reserve Board recently removed Regulation D's six transaction limit on certain withdrawals and transfers from savings accounts, and allowed banks to suspend enforcement of that limit at each bank's discretion. Your Deposit Account Agreement states that both Regulation D and Wells Fargo limit certain types of withdrawals and transfers from a savings account to a combined total of six per monthly fee period. This message is to advise you that these limits were removed in May 2020. We have also discontinued charging the related excess activity fees, and have ceased account conversions and account closures related to the six withdrawal or transfer limit.

While it will take a period of time to update our disclosures and other materials, the changes described above apply to your account immediately and allow you to make withdrawals and transfers, including online and mobile, from your savings account without regard to the previous limit of six transactions. If you have any questions about your account, please call the phone number at the top of your statement or visit your Wells Fargo branch.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0008230

# SITO Mobile Solutions, Inc.
## Balance Sheet
### As of October 31, 2020

|                                              | Oct 31, 20     |
|----------------------------------------------|---------------:|
| **ASSETS**                                   |                |
| **Current Assets**                           |                |
| **Checking/Savings**                         |                |
| 1010 · Checking Wells Fargo - STI            | 11,359.09      |
| **Total Checking/Savings**                   | 11,359.09      |
| **Accounts Receivable**                      |                |
| 1200 · Accounts Receivable                   | 603,972.03     |
| **Total Accounts Receivable**               | 603,972.03     |
| **Total Current Assets**                     | 615,331.12     |
| **Fixed Assets**                             |                |
| 1418 · Property and Equipment, Net           |                |
| 1419 · Property and Equipment                |                |
| 1420 · Leasehold Improvements                | 290,873.62     |
| 1430 · Office Furniture & Equipment          | 212,377.07     |
| 1440 · Machinery & Equipment                 | 3,190.94       |
| 1510 · Computer Equipment/Software           | 209,972.16     |
| 1515 · IVR-Computer Equipment/Software       | 5,683.63       |
| 1522 · Boise Data Center                     | 7,859.19       |
| Total 1419 · Property and Equipment          | 729,956.61     |
| 1570 · Accumulated Depreciation              |                |
| 1573 · Accum. Dep.-Furn. & Fixtures          | -212,377.07    |
| 1576 · Accum. Dep.-Mach. & Equip.            | -3,190.94      |
| 1579 · Accum. Dep.-Soft. & Computers         | -209,972.16    |
| 1582 · Accum. Dep.-IVR Comp. Equip.          | -5,683.63      |
| 1585 · Accum. Deprec.-Boise Data Ctr.        | -7,859.19      |
| 1587 · Accum. Dep.-Leasehold Impro.          | -290,873.62    |
| Total 1570 · Accumulated Depreciation        | -729,956.61    |
| Total 1418 · Property and Equipment, Net     | 0.00           |
| **Total Fixed Assets**                       | 0.00           |
| **Other Assets**                             |                |
| 1671 · Capitalized Developement Costs        |                |
| 1675 · Software Developement Costs           | 4,599,888.31   |
| 1676 · Accum. Amort. Soft. Dev. Costs        | -4,599,888.31  |
| Total 1671 · Capitalized Developement Costs  | 0.00           |
| 1790 · Patents Application Cost              |                |
| 1792 · Accum. Amort. - Patent Costs          | -2,364,637.74  |
| 1790 · Patents Application Cost - Other      | 2,751,605.97   |
| Total 1790 · Patents Application Cost        | 386,968.23     |
| 1950 · Deposits and other assets             |                |
| 1600 · Security Deposit - Rents              | 5,298.00       |
| Total 1950 · Deposits and other assets       | 5,298.00       |
| 1980 · Technology                            |                |
| 1980.01 · Technology - Total Costs           | 970,000.00     |
| 1980.02 · Technology - Amortization          | -515,362.12    |
| Total 1980 · Technology                      | 454,637.88     |

# SLM Media Solutions, Inc.
## Balance Sheet
### As of October 31, 2020

|  | Oct 31, 20 |
|---|---|
| **1985 · Customer Relationships** | |
| 1985.01 · Customer Relationships - Total | 870,000.00 |
| 1985.02 · Customer Relationships - Amor. | -870,000.00 |
| Total 1985 · Customer Relationships | 0.00 |
| **1990 · Backlog** | |
| 1990.01 · Backlog - Total Cost | 110,000.00 |
| 1990.02 · Backlog - Amortization | -110,000.00 |
| Total 1990 · Backlog | 0.00 |
| **Total Other Assets** | 846,904.11 |
| **TOTAL ASSETS** | 1,462,235.23 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 · Accounts Payable | 14,029,075.71 |
| Total Accounts Payable | 14,029,075.71 |
| Other Current Liabilities | |
| 2004 · Loan from Government PPP | 1,292,100.00 |
| 2008 · Note Payable | |
| 2008-13 · MediaJel | 276,808.00 |
| 2008-12 · Gavin Scotti, Sr. | 167,853.00 |
| 2008-11 · Ted Cooper Gardening Service | 134,943.00 |
| 2008-10 · Gavin A. Scotti, Sr. | 271,167.00 |
| 2008-09 · Stephen D. Baksa | 341,366.00 |
| 2008-08 · Blackwell Aviation Inc. | 136,707.00 |
| 2008-07 · Superius Securities Group, Inc. | 341,763.00 |
| 2008-01 · Stephen Baksa | 347,852.00 |
| 2008-02 · Medford Bragg | 243,416.00 |
| 2008-03 · Invenire Partners LP | 690,826.00 |
| 2008-04 · Edward M Giles | 138,899.00 |
| 2008-05 · Christopher Scotti | 450,905.00 |
| 2008-06 · Gavin A Scotti Jr | 893,259.00 |
| 2008 · Note Payable - Other | 521,371.00 |
| Total 2008 · Note Payable | 4,957,135.00 |
| 2009 · Accrued Expenses | |
| 2010 · Accrued Expense | 612,000.00 |
| 2021 · Accrued Interest - N/P | 15,462.43 |
| 2022 · Accrued Bonus Compensation | 65,000.00 |
| 2100 · Accrued Payroll | |
| 2102 · Accrued Payroll Taxes | 27,415.09 |
| 2104 · Accrued Payroll - Officer | 16,666.68 |
| Total 2100 · Accrued Payroll | 44,081.77 |
| Total 2009 · Accrued Expenses | 736,544.20 |
| Total Other Current Liabilities | 6,985,779.20 |
| Total Current Liabilities | 21,014,854.91 |

Accrual Basis

# SITO Mobile Solutions, Inc.
## Balance Sheet
### As of October 31, 2020

|                                          | Oct 31, 20       |
|------------------------------------------|------------------|
| **Total Liabilities**                    | 21,014,854.91    |
| **Equity**                               |                  |
| 3001 · Common Stock                      | 25,642.10        |
| 3004 · Add.Paid-In Capital - Warrants    | -1,061,578.00    |
| 3005 · Additional Paid-In Capital        | 189,721,941.46   |
| 3100 · Retained Earnings                 | -205,043,227.91  |
| Net Income                               | -3,195,397.33    |
| **Total Equity**                         | -19,552,619.68   |
| **TOTAL LIABILITIES & EQUITY**           | 1,462,235.23     |

# SI TV Mobile Solutions, Inc.

## Profit & Loss

### October 8 - 31, 2020

|  | Oct 8 - 31, 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **5000 · Revenue** | |
| 5100 · Media Placement Programs | 147,694.37 |
| **Total 5000 · Revenue** | 147,694.37 |
| **Total Income** | 147,694.37 |
| **Gross Profit** | 147,694.37 |
| **Expense** | |
| **6000 · Operating Expenses** | |
| **6149 · Royalties & Applications Costs** | |
| **6150 · Program Expenses** | |
| 6192 · Double Vision Program Expenses | 23,238.12 |
| **Total 6150 · Program Expenses** | 23,238.12 |
| **Total 6149 · Royalties & Applications Costs** | 23,238.12 |
| **6404 · Depreciation and amortization** | |
| 8309 · Amort. - Patent Expense | 15,000.41 |
| 8310 · Amort. - Technology | 8,083.33 |
| **Total 6404 · Depreciation and amortization** | 23,083.74 |
| **6405 · Payroll Expenses** | |
| **6406 · Payroll** | |
| 6411 · Payroll - Employees | 20,416.67 |
| **Total 6406 · Payroll** | 20,416.67 |
| **6420 · Payroll Taxes** | |
| 6421 · Social Security Tax (ER) | 1,066.95 |
| 6422 · Medicare Tax (ER) | 276.67 |
| **Total 6420 · Payroll Taxes** | 1,343.62 |
| **6430 · Employee Benefits** | |
| 6431 · 125 Health Insur. (ER-EE) | 8,081.16 |
| 6432 · 125 Dental Insur. (ER-EE) | 1,482.18 |
| 6430 · Employee Benefits - Other | -399.70 |
| **Total 6430 · Employee Benefits** | 9,163.64 |
| 6405 · Payroll Expenses - Other | 390.19 |
| **Total 6405 · Payroll Expenses** | 31,314.12 |
| **7019 · General and administrative** | |
| **7050 · Professional Services** | |
| 7057 · SEC Edgarizing/Fiiling Fees | 4,859.83 |
| **Total 7050 · Professional Services** | 4,859.83 |
| **7059 · Admininistrative Expenses** | |
| 7095 · Bank, Finance & Late Fees | 354.59 |
| 7780 · Software | 299.00 |
| **Total 7059 · Admininistrative Expenses** | 653.59 |
| **Total 7019 · General and administrative** | 5,513.42 |
| **Total 6000 · Operating Expenses** | 83,149.40 |
| **Total Expense** | 83,149.40 |
| **Net Ordinary Income** | 64,544.97 |

For Management's Internal Use Only

# SIT Mobile Solutions, Inc.
## Profit & Loss
### October 8 - 31, 2020

|  | Oct 8 - 31, 20 |
|---|---|
| **Other Income/Expense** | |
| **Other Expense** | |
| 8050 · Interest Exp. - Misc. | 11,874.00 |
| **Total Other Expense** | 11,874.00 |
| **Net Other Income** | -11,874.00 |
| **Net Income** | **52,670.97** |