## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re SITO Mobile Ltd, Solutions, R&D IP | Case No(s). 20-21435, 20-21436, 20-21437 |
|---|---|
| Debtor | Reporting Period: 11/1/2020 - 11/30/2020 |

### INITIAL MONTHLY OPERATING REPORT
File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| **12-Month Cash Flow Projection (Form IR-1)** | | |
| **Certificates of Insurance:** | | |
|    Workers Compensation | | updated certificate showing UST as NOC (Notice of Cancellation) |
|    Property | | |
|    General Liability | | |
|    Vehicle | | |
|    Other: _Umbrella_ | | updated certificate showing UST as NOC (Notice of Cancellation) |
|    Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
|    Tax Escrow Account | | |
|    General Operating Account | November bank statement | |
|    Money Market Account pursuant to Local Rule 4001-3 for the District of Delaware _only_. Refer to: http://www.deb.uscourts.gov/ | | |
|    Other:_____ | | |
| **Retainers Paid (Form IR-2)** | n/a | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

| _Thomas Candelaria_ (DocuSigned) | 12/19/2020 |
|---|---|
| Signature of Debtor | Date |

| | |
|---|---|
| Signature of Joint Debtor | Date |

| _Thomas Candelaria_ (DocuSigned) | 12/19/2020 |
|---|---|
| Signature of Authorized Individual* | Date |

| Thomas Candelaria | CEO |
|---|---|
| Printed Name of Authorized Individual | Title of Authorized Individual |

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

In re SITO Mobile Ltd, Solutions, R&D IP  
    Debtor

Case No(s). 20-21435, 20-21436, 20-21437  
Reporting Period: 11/1/2020 - 11/30/2020

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer 1)

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| NONE | | | | | | |

1  Identify all Evergreen Retainers

Form IR-2 (4/07)

DocuSign Envelope ID: C1F95DDB-20EF-4EF4-8F0E-236BA75A266D

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re SITO Mobile Ltd, Solutions, R&D IP  
Debtor

Case No(s). 20-21435, 20-21436, 20-21437  
Reporting Period: 11/1/2020 - 11/30/2020

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | bank statement | | |
|    Schedule of Professional Fees Paid | MOR-1b | n/a | | |
|    Copies of bank statements | | | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | P&L | | |
| Balance Sheet | MOR-3 | Balance Sheet | | |
| Status of Postpetition Taxes | MOR-4 | | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | Federal & multiple state tax returns | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
|    Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_Thomas Candelaria_ _____      12/19/2020  
Signature of Debtor     Date

_____     _____  
Signature of Joint Debtor     Date

_Thomas Candelaria_ _____     12/19/2020  
Signature of Authorized Individual*     Date

Thomas Candelaria     CEO  
Printed Name of Authorized Individual     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re SITO Mobile Ltd, Solutions, R&D IP**
Debtor

Case No(s). 20-21435, 20-21436, 20-21437
Reporting Period: 11/1/2020 - 11/30/2020

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 11,749.28 | | | | 11,749.28 | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 0.00 | | | |
| ACCOUNTS RECEIVABLE | 52,697.05 | | | | 52,697.05 | | 90,641.92 | |
| LOANS AND ADVANCES | | | | | 0.00 | | | |
| SALE OF ASSETS | | | | | 0.00 | | | |
| OTHER (ATTACH LIST) | 199,985.00 | | | | 199,985.00 | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | 0.00 | | | |
| **TOTAL RECEIPTS** | 252,682.05 | | | | 252,682.05 | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 57,774.98 | | | | 57,774.98 | | 71,234.28 | |
| PAYROLL TAXES | 9,506.89 | | | | 9,506.89 | | 16,252.12 | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | 1,215.23 | | | | 1,215.23 | | 12,114.63 | |
| ADMINISTRATIVE | 397.91 | | | | 397.91 | | 752.30 | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | 1,285.19 | | | | 1,285.19 | | 2,439.19 | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 70,180.20 | | | | 70,180.20 | | 102,792.52 | |
| **NET CASH FLOW** | 182,501.85 | | | | 182,501.85 | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | 194,251.13 | | | | 194,251.13 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 70,180.20 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 70,180.20 |

In re SITO Mobile Ltd, Solutions, R&D IP  
Debtor

Case No(s). 20-21435, 20-21436, 20-21437  
Reporting Period: 11/1/2020 - 11/30/2020

# SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
## Continuation Sheet for MOR-1

This section contains the details for "other" under the Receipts section  
Notes payable

| | |
|---|---:|
| Hiroaki Aoyama | 99,985.00 |
| Stephen Baksa | 100,000.00 |
| Total: | 199,985.00 |

This section contains the details for "other" under the Disbursements section

| | |
|---|---:|
| Employee Exp | 40.00 |
| Wage Garnishment | 855.00 |
| ADP Fees | 319.19 |
| Total: | 1214.19 |

List of 'other disbursements' for MOR1

In re SITO Mobile Ltd, Solutions, R&D IP  
    Debtor

Case No(s). 20-21435, 20-21436, 20-21437  
Reporting Period: 11/1/2020 - 11/30/2020

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| none | | | | | | | | | |

FORM MOR-1b (04/07)

| In re SITO Mobile Ltd, Solutions, R&D IP | Case No(s). 20-21435, 20-21436, 20-21437 |
|---|---|
| Debtor | Reporting Period: 11/1/2020 - 11/30/2020 |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 8264.69 | 3715.08 | 11/19 | EFT | 4549.61 |
| FICA-Employee | 0 | 6904.2 | 2220.77 | 11/19 | EFT | 4683.43 |
| FICA-Employer | 0 | 5654.17 | 2203.92 | 11/19 | EFT | 3450.25 |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 0 | 20823.06 | 8139.77 | | | 12683.29 |
| **State and Local** | | | | | | |
| Withholding | 0 | 3028.48 | 1176.86 | 11/19 | EFT | 1851.62 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 0 | 24 | 12 | 11/19 | EFT | 12 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: Disability | 0 | 417.4 | 178.26 | 11/19 | EFT | 239.14 |
| Total State and Local | | 3469.88 | 1367.12 | | | 2102.76 |
| **Total Taxes** | 0 | 24292.94 | 9506.89 | | | 14786.05 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 3653.34 | 66145.16 | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | 500 | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**
Through our DIP financing and accounts receivable.

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re SITO Mobile Ltd, Solutions, R&D IP | Case No(s). 20-21435, 20-21436, 20-21437 |
|---|---|
| Debtor | Reporting Period: 11/1/2020 - 11/30/2020 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | 603,972 |
| + Amounts billed during the period | 10,648.78 |
| - Amounts collected during the period | 52,697.05 |
| Total Accounts Receivable at the end of the reporting period | 561,923.76 |
| | |
| **Accounts Receivable Aging** | **Amount** |
| 0 - 30 days old | 158,343.15 |
| 31 - 60 days old | 10,440.13 |
| 61 - 90 days old | 2,458.49 |
| 91+ days old | 390,681.99 |
| Total Accounts Receivable | 561,923.76 |
| Amount considered uncollectible (Bad Debt) | 141,574 |
| Accounts Receivable (Net) | 420,350.25 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | No |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | No |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | Yes | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | Yes | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | No |

FORM MOR-5 (04/07)

## Analyzed Business Checking

Account number: ▮▮▮▮▮5994  ■  November 1, 2020 - November 30, 2020  ■  Page 1 of 3



**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

SITO MOBILE SOLUTIONS, INC.
123 TOWN SQUARE PL # 419
JERSEY CITY NJ 07310-1756

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 3▮▮▮▮5994 | $11,749.28 | $252,682.05 | -$70,180.20 | $194,251.13 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 11/05 | 25,000.00 | Deposit Made In A Branch/Store |
| | 11/10 | 12,295.84 | Bell Canada Vendor Dep 201110 20101050 Sito Mobile Solutions |
| | 11/17 | 100,000.00 | WT Fed#03973 Pershing LLC /Org=Stephen D Baksa 2 Woods Lane Chatha Srf# F9S2011178308000 Trn#201117080315 Rfb# |
| | 11/20 | 99,985.00 | WT 161Tts-24579735 Sumitomo Mitsui /Org=Hiroaki Aoyama Srf# 161Tts-24579735 Trn#201120018179 Rfb# 150201120MT06058 |
| | 11/20 | 15,401.21 | Centro Inc Centro Inc 201119 12113765 Sito Mobile Ltd. |
| | | $252,682.05 | **Total electronic deposits/bank credits** |
| | | $252,682.05 | **Total credits** |

## Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| 10/30 | 11/02 | 390.19 | < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 201030 662920344621523 Sito Mobile Solutions |
| 11/02 | 11/03 | 66.00 | | 11/02Bankcard Deposit -0487992078 |
| 11/02 | 11/03 | 890.19 | < | Business to Business ACH Debit - Cna ACH Prem-Pymt 201029 3033560574 Sito Mobile Solutions, |
| | 11/03 | 40.00 | | WT Fed#07979 Bank of America, N /Ftr/Bnf=Jason Solomons Srf# November Web Hos Trn#201102257899 Rfb# 2116 |
| | 11/12 | 331.91 | | Client Analysis Srvc Chrg 201110 Svc Chge 1020 000003318405994 |

Account number: ▆▆▆▆5994 ■ November 1, 2020 - November 30, 2020 ■ Page 2 of 3



### Electronic debits/bank debits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 11/19 | 21,168.11 | WT Fed#06995 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 1119205713017735 Trn#201119144574 Rfb# 4000155668 |
| | 11/19 | 13,198.30 | WT Fed#09228 Deutsche Bank Trus /Ftr/Bnf=ADP Payroll Deposit Srf# Attn: Rbi = Adpa Trn#201119194815 Rfb# 2119 |
| | 11/19 | 9,506.89 | WT Fed#07000 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 1119204978017422 Trn#201119139127 Rfb# 6817049Vv |
| | 11/19 | 903.87 | WT Fed#06997 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 1119205015017408 Trn#201119139092 Rfb# 7454785Vv |
| | 11/19 | 855.00 | WT Fed#06999 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 1119205617017654 Trn#201119144412 Rfb# 4000155669 |
| | 11/24 | 440.00 | WT 201124-176865 Deutsche Bank Trust /Bnf=ADP Payroll Deposit Srf# Gw00000037810374 Trn#201124176865 Rfb# 2120 |
| | 11/25 | 325.04 | WT Fed#03139 PNC Bank N.A. /Ftr/Bnf=The Guardian Life Insurance Company Srf# November Premium Trn#201125243705 Rfb# 2122 |
| | 11/27 | 22,064.70 | WT 201125-256595 Deutsche Bank Trust /Bnf=ADP Payroll Deposit Srf# Gw00000037868189 Trn#201125256595 Rfb# 2123 |
| | | **$70,180.20** | **Total electronic debits/bank debits** |
| | | **$70,180.20** | **Total debits** |

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 10/31 | 11,749.28 | 11/10 | 47,658.74 | 11/20 | 217,080.87 |
| 11/02 | 11,359.09 | 11/12 | 47,326.83 | 11/24 | 216,640.87 |
| 11/03 | 10,362.90 | 11/17 | 147,326.83 | 11/25 | 216,315.83 |
| 11/05 | 35,362.90 | 11/19 | 101,694.66 | 11/27 | 194,251.13 |
| **Average daily ledger balance** | | **$108,073.42** | | | |

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



# ✓ IMPORTANT ACCOUNT INFORMATION

Effective on or after November 30, 2020, (1) Wells Fargo branches will no longer be able to issue Wells Fargo Instant Issue Debit Cards and/or Business Instant Issue Debit Cards in certain circumstances, and (2) Wells Fargo branches in the states of South Carolina and Washington will no longer be able to issue Wells Fargo Instant Issue Debit Cards, Wells Fargo Business Instant Issue Debit Cards, and/or EasyPay Instant Cards. If you need a replacement card, you may request



one by signing on to Wells Fargo Online® or calling the number on your statement. Once requested, replacement cards typically arrive in 5 to 7 calendar days. If you previously added your current Wells Fargo Debit Card or EasyPay Card to your Wells Fargo-supported digital wallet, you may continue to make purchases and access Wells Fargo ATMs using your digital wallet while you wait for your replacement card to arrive. For more details on digital wallets, please visit wellsfargo.com/mobile/payments.


NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Accrual Basis

# SITO Mobile Solutions, Inc.
## Balance Sheet
### As of November 30, 2020

|  | Nov 30, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 0001 · ADP P/R Clearing | -14,786.05 |
| 1010 · Checking Wells Fargo - STI | 194,251.13 |
| **Total Checking/Savings** | 179,465.08 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 561,923.76 |
| **Total Accounts Receivable** | 561,923.76 |
| **Other Current Assets** | |
| 1207 · Accounts Receivable Other | |
| 1398 · Allowance for Bad Debts | -141,573.51 |
| **Total 1207 · Accounts Receivable Other** | -141,573.51 |
| 1240 · Prepaid Expenses | |
| 1203 · Prepaid Expense | 9,416.70 |
| **Total 1240 · Prepaid Expenses** | 9,416.70 |
| **Total Other Current Assets** | -132,156.81 |
| **Total Current Assets** | 609,232.03 |
| **Fixed Assets** | |
| 1418 · Property and Equipment, Net | |
| 1419 · Property and Equipment | |
| 1420 · Leasehold Improvements | 290,873.62 |
| 1430 · Office Furniture & Equipment | 212,377.07 |
| 1440 · Machinery & Equipment | 3,190.94 |
| 1510 · Computer Equipment/Software | 209,972.16 |
| 1515 · IVR-Computer Equipment/Software | 5,683.63 |
| 1522 · Boise Data Center | 7,859.19 |
| **Total 1419 · Property and Equipment** | 729,956.61 |
| 1570 · Accumulated Depreciation | |
| 1573 · Accum. Dep.-Furn. & Fixtures | -212,377.07 |
| 1576 · Accum. Dep.-Mach. & Equip. | -3,190.94 |
| 1579 · Accum. Dep.-Soft. & Computers | -209,972.16 |
| 1582 · Accum. Dep.-IVR Comp. Equip. | -5,683.63 |
| 1585 · Accum. Deprec.-Boise Data Ctr. | -7,859.19 |
| 1587 · Accum. Dep.-Leasehold Impro. | -290,873.62 |
| **Total 1570 · Accumulated Depreciation** | -729,956.61 |
| **Total 1418 · Property and Equipment, Net** | 0.00 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** | |
| 1671 · Capitalized Developement Costs | |
| 1675 · Software Developement Costs | 4,599,888.31 |
| 1676 · Accum. Amort. Soft. Dev. Costs | -4,599,888.31 |
| **Total 1671 · Capitalized Developement Costs** | 0.00 |
| 1790 · Patents Application Cost | |
| 1792 · Accum. Amort. - Patent Costs | -2,379,638.15 |

For Management's Internal Use Only                                                                                                Page 1 of 3

Accrual Basis

# SITO Mobile Solutions, Inc.
## Balance Sheet
### As of November 30, 2020

|  | Nov 30, 20 |
|---|---:|
| 1790 · Patents Application Cost - Other | 2,751,605.97 |
| **Total 1790 · Patents Application Cost** | 371,967.82 |
| 1950 · Deposits and other assets |  |
|    1600 · Security Deposit - Rents | 5,298.00 |
| **Total 1950 · Deposits and other assets** | 5,298.00 |
| 1980 · Technology |  |
|    1980.01 · Technology - Total Costs | 970,000.00 |
|    1980.02 · Technology - Amortization | -523,445.45 |
| **Total 1980 · Technology** | 446,554.55 |
| 1985 · Customer Relationships |  |
|    1985.01 · Customer Relationships - Total | 870,000.00 |
|    1985.02 · Customer Relationships - Amor. | -870,000.00 |
| **Total 1985 · Customer Relationships** | 0.00 |
| 1990 · Backlog |  |
|    1990.01 · Backlog - Total Cost | 110,000.00 |
|    1990.02 · Backlog - Amortization | -110,000.00 |
| **Total 1990 · Backlog** | 0.00 |
| **Total Other Assets** | 823,820.37 |
| **TOTAL ASSETS** | **1,433,052.40** |
| **LIABILITIES & EQUITY** |  |
|   Liabilities |  |
|     Current Liabilities |  |
|       Accounts Payable |  |
|         2000 · Accounts Payable | 14,100,803.90 |
|       **Total Accounts Payable** | 14,100,803.90 |
|       Other Current Liabilities |  |
|         2004 · Loan from Government PPP | 1,292,100.00 |
|         2008 · Note Payable |  |
|           2008-15 · Stephen D Baksa | 100,181.00 |
|           2008-14 · Hiroaki Aoyama | 100,164.00 |
|           2008-13 · MediaJel | 276,808.00 |
|           2008-12 · Gavin Scotti, Sr. | 167,853.00 |
|           2008-11 · Ted Cooper Gardening Service | 134,943.00 |
|           2008-10 · Gavin A. Scotti, Sr. | 271,167.00 |
|           2008-09 · Stephen D. Baksa | 341,366.00 |
|           2008-08 · Blackwell Aviation Inc. | 136,707.00 |
|           2008-07 · Superius Securities Group, Inc. | 341,763.00 |
|           2008-01 · Stephen Baksa | 347,852.00 |
|           2008-02 · Medford Bragg | 243,416.00 |
|           2008-03 · Invenire Partners LP | 690,826.00 |
|           2008-04 · Edward M Giles | 138,899.00 |
|           2008-05 · Christopher Scotti | 450,905.00 |
|           2008-06 · Gavin A Scotti Jr | 893,259.00 |
|           2008 · Note Payable - Other | 521,371.00 |
|         **Total 2008 · Note Payable** | 5,157,480.00 |

**Accrual Basis**

# SITO Mobile Solutions, Inc.
## Balance Sheet
### As of November 30, 2020

|  | Nov 30, 20 |
|---|---:|
| **2009 · Accrued Expenses** |  |
|     2010 · Accrued Expense | 612,000.00 |
|     2021 · Accrued Interest - N/P | 15,462.43 |
|     2022 · Accrued Bonus Compensation | 65,000.00 |
|     2100 · Accrued Payroll |  |
|         2102 · Accrued Payroll Taxes | 27,415.09 |
|         2104 · Accrued Payroll - Officer | 33,333.36 |
|     Total 2100 · Accrued Payroll | 60,748.45 |
| **Total 2009 · Accrued Expenses** | 753,210.88 |
| **Total Other Current Liabilities** | 7,202,790.88 |
| **Total Current Liabilities** | 21,303,594.78 |
| **Total Liabilities** | 21,303,594.78 |
| **Equity** |  |
|     3001 · Common Stock | 25,642.10 |
|     3004 · Add.Paid-In Capital - Warrants | -1,061,578.00 |
|     3005 · Additional Paid-In Capital | 189,721,941.46 |
|     3100 · Retained Earnings | -205,043,227.91 |
|     Net Income | -3,513,320.03 |
| **Total Equity** | -19,870,542.38 |
| **TOTAL LIABILITIES & EQUITY** | **1,433,052.40** |

Accrual Basis

# SITO Mobile Solutions, Inc.
## Profit & Loss
### November 2020

|  | Nov 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 5000 · Revenue | |
| 5100 · Media Placement Programs | 10,648.78 |
| **Total 5000 · Revenue** | 10,648.78 |
| **Total Income** | 10,648.78 |
| **Gross Profit** | 10,648.78 |
| **Expense** | |
| 6000 · Operating Expenses | |
| 6149 · Royalties & Applications Costs | |
| 6150 · Program Expenses | |
| 6192 · Sito Program Expenses | 13,918.03 |
| **Total 6150 · Program Expenses** | 13,918.03 |
| **Total 6149 · Royalties & Applications Costs** | 13,918.03 |
| 6404 · Depreciation and amortization | |
| 8309 · Amort. - Patent Expense | 15,000.41 |
| 8310 · Amort. - Technology | 8,083.33 |
| **Total 6404 · Depreciation and amortization** | 23,083.74 |
| 6405 · Payroll Expenses | |
| 6406 · Payroll | |
| 6410 · Payroll - Officer | 8,333.34 |
| 6411 · Payroll - Employees | 82,215.27 |
| **Total 6406 · Payroll** | 90,548.61 |
| 6420 · Payroll Taxes | |
| 6421 · Social Security Tax (ER) | 4,538.48 |
| 6422 · Medicare Tax (ER) | 1,156.13 |
| **Total 6420 · Payroll Taxes** | 5,694.61 |
| 6430 · Employee Benefits | |
| 6431 · 125 Health Insur. (ER-EE) | -3,258.48 |
| 6432 · 125 Dental Insur. (ER-EE) | 227.92 |
| 6430 · Employee Benefits - Other | -2,071.36 |
| **Total 6430 · Employee Benefits** | -5,101.92 |
| 6405 · Payroll Expenses - Other | 440.00 |
| **Total 6405 · Payroll Expenses** | 91,581.30 |
| 7019 · General and administrative | |
| 7040 · Insurance | |
| 7041 · Insurance - Property/Liability | 890.19 |
| 7047 · Insurance - Cyber/Network | 45,409.88 |
| **Total 7040 · Insurance** | 46,300.07 |
| 7050 · Professional Services | |
| 7051 · Legal | |
| 7051.01 · Legal - General | 2,684.58 |
| **Total 7051 · Legal** | 2,684.58 |
| **Total 7050 · Professional Services** | 2,684.58 |
| 7059 · Admininistrative Expenses | |

Accrual Basis

# SITO Mobile Solutions, Inc.
## Profit & Loss
### November 2020

|  | Nov 20 |
|---|---:|
| 7092 · Dues and Subscriptions | 40.00 |
| 7095 · Bank, Finance & Late Fees | 412.91 |
| 7780 · Software | 299.00 |
| 8350 · Bad Debts Expense | 141,573.51 |
| Total 7059 · Admininistrative Expenses | 142,325.42 |
| Total 7019 · General and administrative | 191,310.07 |
| Total 6000 · Operating Expenses | 319,893.14 |
| **Total Expense** | 319,893.14 |
| **Net Ordinary Income** | -309,244.36 |
| Other Income/Expense | |
| Other Expense | |
| 8050 · Interest Exp. - Misc. | 345.00 |
| Total Other Expense | 345.00 |
| **Net Other Income** | -345.00 |
| **Net Income** | **-309,589.36** |

For Management's Internal Use Only                                                                                                   Page 2 of 2