**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)
**GENOVA BURNS, LLC**
494 Broad Street
Newark, New Jersey 07102
Phone: (973) 533-0777
Fax: (973) 533-1112
*Proposed Counsel for SITO Mobile Solutions, Inc.,*
*SITO Mobile, Ltd., and SITO Mobile R&D IP, LLC.*
**DANIEL M. STOLZ**
**DONALD W. CLARKE**

In Re:

**SITO MOBILE SOLUTIONS, INC.,**

Debtor.

Case No.: 20-21436
(*Jointly Administered*)

Judge: Honorable Stacey L. Meisel

Chapter: 11

## NOTICE OF MOTION FOR AN ORDER EXTENDING EXCLUSIVITY

**PLEASE TAKE NOTICE** that *on February 2, 2021 at 11:00 a.m.*, the undersigned, as proposed counsel for SITO Mobile Solutions, Inc., ("SITO Solutions"), SITO Mobile, Ltd. ("SITO Limited"), and SITO Mobile R&D IP, LLC. ("SITO R&D") the debtors and debtors-in-possession (collectively, the "Debtors"), in the above-captioned, jointly administered chapter 11 cases (the "Cases"), will move before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3A, Newark, New Jersey 07102, for an order extending exclusivity, and for such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any must be filed with the Clerk of the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3A, Newark, New Jersey 07102, and served upon Genova Burns, LLC, Attn: Donald W. Clarke, Esq., 110 Allen Road, Ste. 304, Basking Ridge, New Jersey so they are received in accordance with the Rules.

**PLEASE TAKE FURTHER NOTICE** that in the absence of any objections, the relief requested hereunder may be granted without further notice.

                                                      Respectfully submitted,
                                                      **WASSERMAN, JURISTA & STOLZ, PC**
                                                      *Counsel to Debtors*

                                                      By:  */s/  Donald W. Clarke*          .
Dated:  January 8, 2021                              **DONALD W. CLARKE**