| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**KENNEDYS CMK LLP**<br>120 Mountain View Boulevard<br>P.O. Box 650<br>Basking Ridge, New Jersey 07920<br>Phone: (908) 848-6300<br>Fax: (908) 647-8390<br>*Counsel for Non-Party Movant Allied World National Assurance Company*<br>**DAVID M. KUPFER** | Case No.: 20-21436<br>(Jointly Administered)<br><br>Judge: Honorable Stacey L. Meisel<br><br>Chapter: 11 |
| In Re:<br><br>**SITO MOBILE SOLUTIONS, INC., et al.**<br><br>Debtor. | **ORDER** |

This matter having come before the Court on the motion of Non-Party Movant, Allied World National Assurance Company ("Allied World"), seeking an Order for Relief from the Automatic Stay, to the Extent Applicable, to Prosecute Coverage Litigation Against Directors and Officers of Debtor SITO Mobile Solutions, Inc., and the Court having considered the moving papers and any papers filed in opposition thereto, and for good cause shown,

It is on this _____ day of February, 2021, hereby

**ORDERED** that Allied World's Motion is hereby GRANTED; and it is

**ORDERED** that the Court enter this order lifting the automatic stay under Bankruptcy Code §362(a) to the extent applicable, to permit Allied World to prosecute the Coverage Litigation; and it is

2

**ORDERED** the Court may grant such other and further relief as is just and proper.

 

 

_____

Honorable Stacey L. Meisel, U.S.B.C.