# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re SITO Mobile Ltd, Solutions, R&D IP

Debtor

**Case No(s). 20-21435, 20-21436, 20-21437**

Reporting Period: 05/01/2021 - 05/31/2021

## INITIAL MONTHLY OPERATING REPORT

**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| **12-Month Cash Flow Projection (Form IR-1)** | | |
| **Certificates of Insurance:** | | |
| Workers Compensation | | |
| Property | | |
| General Liability | | |
| Vehicle | | |
| Other: Umbrella | | |
| Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | | |
| General Operating Account | x | May bank statements |
| Money Market Account pursuant to Local Rule 4001-3 for the | | |
| District of Delaware only. Refer to: | | |
| http://www.deb.uscourts.gov/ | | |
| Other: | | |
| **Retainers Paid (Form IR-2)** | | |
| | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

*Thomas Candelaria*
_____
Signature of Debtor

6/24/2021
_____
Date

_____
Signature of Joint Debtor

_____
Date

*Thomas Candelaria*
_____
Signature of Authorized Individual*

6/24/2021
_____
Date

Thomas Candelaria
_____
Printed Name of Authorized Individual

CEO
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

DocuSign Envelope ID: 572C77A321BC-110B-AAB5-0440908125BF

In re SITO Mobile Ltd, Solutions, R&D IP
Debtor

**Case No(s). 20-21435, 20-21436, 20-21437**
Reporting Period: 05/01/2021 - 05/31/2021

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer 1)

| Payee | Check Date | Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| NONE | | | | | | |

Form IR-2 (4/07)

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In re SITO Mobile Ltd, Solutions, R&D IP                                  **Case No(s). 20-21435, 20-21436, 20-21437**
          Debtor                                                         Reporting Period: 05/01/2021 - 05/31/2021

### MONTHLY OPERATING REPORT
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Balance Sheet + P&L | | |
| Schedule of Professional Fees Paid | MOR-1b | n/a | | |
| Copies of bank statements | | May Bank Statements | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | P&L | | |
| Balance Sheet | MOR-3 | Balance Sheet | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_Thomas Candelaria_                                        6/24/2021
_____                          _____
Signature of Debtor                                        Date


_____                          _____
Signature of Joint Debtor                                  Date

_Thomas Candelaria_                                        6/24/2021
_____                          _____
Signature of Authorized Individual*                        Date

Thomas Candelaria                                          CEO
_____                          _____
Printed Name of Authorized Individual                      Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

DocuSign Envelope ID: 5F2C27A3-21BC-410B-AAB5-044090081258E

**In re SITO Mobile Ltd, Solutions, R&D IP**
Debtor

**Case No(s). 20-21435, 20-21436, 20-21437**
Reporting Period: 05/01/2021 - 05/31/2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
**SITO MOBILE SOLUTIONS, Case #20-21436**

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal

| | BANK ACCOUNTS | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|
| | OPER. | Payroll | TAX | DIP Account | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 0.00 | 0.00 | | 75,410.15 | 75,410.15 | | 75,410.15 | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 0.00 | | | |
| ACCOUNTS RECEIVABLE | 0.00 | | | 76,668.96 | 76,668.96 | | 331,508.22 | |
| LOANS AND ADVANCES | | | | | 0.00 | | | |
| SALE OF ASSETS | | | | | 0.00 | | | |
| OTHER (ATTACH LIST) | 0.00 | | | | 0.00 | | 822,099.09 | |
| TRANSFERS (FROM DIP ACCTS) | 0.00 | | | | 0.00 | | 504,271.50 | |
| | | | | | | | | |
| **TOTAL RECEIPTS** | 0.00 | 0.00 | | 76,668.96 | 76,668.96 | | 1,657,878.81 | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | 38,942.72 | 38,942.72 | | 328,551.70 | |
| PAYROLL TAXES | | | | 14,182.79 | 14,182.79 | | 115,409.46 | |
| SALES, USE, & OTHER TAXES | | | | | 0.00 | | | |
| INVENTORY PURCHASES | | | | | 0.00 | | | |
| SECURED/ RENTAL/ LEASES | | | | | 0.00 | | | |
| INSURANCE | | | | 452.56 | 452.56 | | 353,718.97 | |
| ADMINISTRATIVE | | | | 537.10 | 537.10 | | 3,825.77 | |
| SELLING | | | | | 0.00 | | | |
| OTHER (ATTACH LIST) | | | | 19,179.64 | 19,179.64 | | 173,708.84 | |
| | | | | | | | | |
| OWNER DRAW * | | | | | 0.00 | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | 0.00 | | 504,271.50 | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | 0.00 | 0.00 | | 100,000.00 | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | 5,526.60 | 5,526.60 | | 11,051.60 | |
| COURT COSTS | | | | | 0.00 | | | |
| **TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 78,821.41 | 78,821.41 | | 1,590,537.84 | |
| | | | | | | | | |
| NET CASH FLOW | 0.00 | 0.00 | 0.00 | -2,152.45 | -2,152.45 | | 67,340.97 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 0.00 | 0.00 | 0.00 | 73,257.70 | 73,257.70 | | 73,257.70 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 78,821.41 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0.00 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 78,821.41 |

In re SITO Mobile Ltd, Solutions, R&D IP                          **Case No(s). 20-21435, 20-21436, 20-21437**
       Debtor                                    Reporting Period: 05/01/2021 - 05/31/2021

# SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

### Continuation Sheet for MOR-1 (Solutions)

**This section contains the details for "other" under the Receipts section**

_____

**This section contains the details for "other" under the Disbursements section**

| | |
|---|---|
| Microsoft 365 | $175.00 |
| LimeGoat | $299.00 |
| EdgarAgents | $189.00 |
| SemCasting | $12,500.00 |
| Lisa Patrick Expense Reimbursement | $4,996.50 |
| ADP Payroll Fees | $1,020.14 |
| Total: | $19,179.64 |

DocuSign Envelope ID: 5F2C27A3-21BC-440B-AAB5-0440908125BE

**In re SITO Mobile Ltd, Solutions, R&D IP**
Debtor

**Case No(s). 20-21435, 20-21436, 20-21437**
Reporting Period: 05/01/2021 - 05/31/2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

**SITO MOBILE R&D, Case #20-21437**

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | R&D | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 0.00 | | | | 0.00 | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | 207,744.41 | | | | | | 207,744.41 | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| **TOTAL RECEIPTS** | 207,744.41 | | | | 0.00 | | 207,744.41 | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 0.00 | | | | 0.00 | | 0.00 | |
| | | | | | | | | |
| NET CASH FLOW | 207,744.41 | | | | 207,744.41 | | 207,744.41 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 207,744.41 | | | | 207,744.41 | | 207,744.41 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 0.00 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 0.00 |

DocuSign Envelope ID: F72C77A3-21BC-410B-AAB5-0440908125BF

In re SITO Mobile Ltd, Solutions, R&D IP

       Debtor

**Case No(s). 20-21435, 20-21436, 20-21437**

Reporting Period: 05/01/2021 - 05/31/2021

# SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

### Continuation Sheet for MOR-1 (R&D)

<u>**This section contains the details for "other" under the Receipts section**</u>

| | |
|---|---|
| FloSports Settlement | $207,744.41 |
| Total: | $207,744.41 |

<u>**This section contains the details for "other" under the Disbursements section**</u>

In re SITO Mobile Ltd, Solutions, R&D IP
Debtor

Case No(s). 20-21435, 20-21436, 20-21437
Reporting Period: 05/01/2021 - 05/31/2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

**SITO MOBILE Ltd, Case #20-21435**

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 0.00 | | | | 0.00 | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL RECEIPTS | 0.00 | | | | 0.00 | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 0.00 | | | | 0.00 | | 0.00 | |
| | | | | | | | | |
| NET CASH FLOW | 0.00 | | | | 0.00 | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| CASH - END OF MONTH | 0.00 | | | | 0.00 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 0.00 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 0.00 |

DocuSign Envelope ID: 572C77A3-21BC-440B-AAB5-0440908125BE

In re SITO Mobile Ltd, Solutions, R&D IP                    **Case No(s). 20-21435, 20-21436, 20-21437**
          Debtor                                             Reporting Period: 05/01/2021 - 05/31/2021

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b (04/07)

**In re SITO Mobile Ltd, Solutions, R&D IP**
Debtor

**Case No(s). 20-21435, 20-21436, 20-21437**
Reporting Period: 05/01/2021 - 05/31/2021

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | $4,139.28 | $4,139.28 | 2190.82 (Paid 5/4/2021) 1948.46(Paid 5/19/2021) | EFT | 0 |
| FICA-Employee | | $3,665.25 | $3,665.25 | 1888.39 (Paid 5/4/2021) 1776.86 (Paid 5/19/2021) | EFT | 0 |
| FICA-Employer | | $3,665.26 | $3,665.26 | 1888.41(Paid 5/4/2021) 1776.85 (Paid 5/19/2021) | EFT | 0 |
| Unemployment | | $0.00 | $0.00 | | | 0 |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | $11,469.79 | $11,469.79 | | | 0 |
| **State and Local** | | | | | | |
| Withholding | | $2,057.60 | $2,057.60 | 1082.44 (Paid 5/4/2021) 975.16 (Paid 5/19/2021) | EFT | 0 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | $178.75 | $178.75 | 89.38 (Paid 5/4/2021) 89.37 (Paid 5/19/2021) | EFT | 0 |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:   Disability | | $476.65 | $476.65 | 247.07 (Paid 5/4/2021) 229.58(Paid 5/19/2021) | EFT | 0 |
| Total State and Local | | $2,713.00 | $2,713.00 | | | |
| **Total Taxes** | | $14,182.79 | $14,182.79 | | | 0 |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 4240.99 | 8573.22 | 368.34 | 1298.21 | 23365.39 | 37846.15 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 4240.99 | 8573.22 | 368.34 | 1298.21 | 23365.39 | 37846.15 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**
Through our DIP financing and accounts receivable.

*"Insider" is defined in 11 U.S.C. Section 101(31).

DocuSign Envelope ID: 572C77A321BC-440B-AAB5-0440908125B5

**In re SITO Mobile Ltd, Solutions, R&D IP**
    Debtor

**Case No(s). 20-21435, 20-21436, 20-21437**
Reporting Period: 05/01/2021 - 05/31/2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 412,301.71 | |
| + Amounts billed during the period | 8,011.25 | |
| - Amounts collected during the period | 76,668.96 | |
| Total Accounts Receivable at the end of the reporting period | 343,644.00 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | 12,058.29 | |
| 31 - 60 days old | 1,799.26 | |
| 61 - 90 days old | 2,106.84 | |
| 91+ days old | 193,779.61 | |
| Total Accounts Receivable | 209,744.00 | |
| Amount considered uncollectible (Bad Debt) | 60,728.04 | |
| Accounts Receivable (Net) | 149,015.96 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | No |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | No |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | Yes | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | Yes | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | Yes MICR Spec Sheet included | |

FORM MOR-5 (04/07)

# WellsOne® Account

Account number: XXXXXX6162 ■ May 1, 2021 - May 31, 2021 ■ Page 1 of 2



SITO MOBILE SOLUTIONS INC
DEBTOR IN POSSESSION
CH11 CASE #20-21436 (NJ)
123 TOWN SQUARE PL #419
JERSEY CITY NJ 07310-1756

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:  wellsfargo.com*

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| XXXXXX6162 | $75,410.15 | $76,668.96 | -$78,821.41 | $73,257.70 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/07 | 10,000.00 | WT Fed#00553 Pinnacle Bank /Org=Ribbow Media Group LLC Srf# 20210507001325 Trn#210507117961 Rfb# |
| | 05/07 | 1,668.96 | Site on Time,LLC AP Sot May 07 34798 Sito Mobile Solutions, |
| | 05/20 | 65,000.00 | Req West Coast Settlement Sito Mobile W-Sito Mobile |
| | | **$76,668.96** | **Total electronic deposits/bank credits** |
| | | **$76,668.96** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/04 | 18,419.53 | WT Fed#04170 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0504544801004043 Trn#210504046413 Rfb# 5050173464 |
| | 05/04 | 7,386.51 | WT Fed#03802 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0504543550003435 Trn#210504042131 Rfb# 9714619Vv |
| | 05/04 | 75.00  < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 210504 160060502928L57 Sito Mobile Solutions |
| | 05/05 | 827.08 | WT Fed#04095 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0505597347003609 Trn#210505041192 Rfb# 9714620Vv |
| | 05/05 | 677.08 | WT Fed#04173 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0505597232003455 Trn#210505041114 Rfb# 9220723Vv |
| | 05/05 | 677.08 | WT Fed#04094 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0505597345003613 Trn#210505041210 Rfb# 8760529Vv |



*Electronic debits/bank debits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/06 | 452.56 < | Business to Business ACH Debit - The Guardian May Gp Ins May 01 52161800Be20000 Sito |
| | 05/07 | 299.00 | WT Fed#02805 Jpmorgan Chase Ban /Ftr/Bnf=Limegoat Srf# Inv 0002164433 Trn#210507140066 Rfb# 2183 |
| | 05/10 | 4,996.50 | WT 210510-009912 Bank of America, NE /Bnf=Lisa Patrick Pallack Srf# March, April & M Trn#210510009912 Rfb# 2185 |
| | 05/10 | 189.00 | WT 210510-009818 Bank of America, NE /Bnf=Edgar Agents, LLC. Srf# Invoice 51842 Trn#210510009818 Rfb# 2184 |
| | 05/11 | 537.10 | Client Analysis Srvc Chrg 210510 Svc Chge 0421 000004833796162 |
| | 05/14 | 942.49 < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 210514 8I030Fix7553638 Sito Mobile Solutions |
| | 05/14 | 77.65 < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 210514 10Fix 6972816 Sito Mobile Solutions |
| | 05/17 | 175.00 | Microsoft 6041 EDI Paymnt May 14 Z419Lvjquzic TRN*1*Z419Lvjquzic\ |
| | 05/18 | 17,439.87 | WT Fed#06100 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0518136788015035 Trn#210518168259 Rfb# 6750146695 |
| | 05/19 | 6,796.28 | WT Fed#03720 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0519161980003719 Trn#210519039603 Rfb# 0190712Vv |
| | 05/20 | 827.08 | WT Fed#05592 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0520232004008774 Trn#210520054256 Rfb# 0190713Vv |
| | 05/24 | 5,526.60 < | Business to Business ACH Debit - Quarterly Fee Payment 210521 0000 Sito Mobile Solutions, |
| | 05/26 | 12,500.00 | WT Fed#01380 Jpmorgan Chase Ban /Ftr/Bnf=Semcasting, Inc Srf# Invoice Cinv0064 Trn#210525208549 Rfb# 2186 |
| | | **$78,821.41** | **Total electronic debits/bank debits** |
| | | **$78,821.41** | **Total debits** |

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | 75,410.15 | 05/10 | 53,079.77 | 05/19 | 27,111.38 |
| 05/04 | 49,529.11 | 05/11 | 52,542.67 | 05/20 | 91,284.30 |
| 05/05 | 47,347.87 | 05/14 | 51,522.53 | 05/24 | 85,757.70 |
| 05/06 | 46,895.31 | 05/17 | 51,347.53 | 05/26 | 73,257.70 |
| 05/07 | 58,265.27 | 05/18 | 33,907.66 | | |
| | **Average daily ledger balance** | | **$64,472.23** | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Commercial Business Checking

Account number: XXXXXXXX6483  ■  May 5, 2021 - May 31, 2021  ■  Page 1 of 1



**WELLS FARGO**

SITO MOBILE R&D IP, LLC
123 TOWN SQUARE PL #419
JERSEY CITY NJ 07310-2778

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### *Commercial Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| XXXXXXXX6483 | $0.00 | $207,744.41 | $0.00 | $207,744.41 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/28 | 207,744.41 | WT Fed#03188 Td Bank, NA /Org=Daignault Iyer LLP Srf# 210528112840Xi01 Trn#210528127311 Rfb# Dams-C3Fj22 |
| | | **$207,744.41** | **Total electronic deposits/bank credits** |
| | | **$207,744.41** | **Total credits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 05/05 | 0.00 | 05/28 | 207,744.41 |
| | **Average daily ledger balance** | **$30,776.94** | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

**SITO Mobile Solutions, Inc.**
**Balance Sheet**
**As of May 31, 2021**

|  | May 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1021 · Wells Fargo R&D IP Checking | 207,744.41 |
| 1011 · Wells Business Checking DIP BK | 73,257.70 |
| **Total Checking/Savings** | 281,002.11 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 209,744.00 |
| **Total Accounts Receivable** | 209,744.00 |
| **Other Current Assets** | |
| 1207 · Accounts Receivable Other | |
| 1398 · Allowance for Bad Debts | -60,728.04 |
| **Total 1207 · Accounts Receivable Other** | -60,728.04 |
| **Total Other Current Assets** | -60,728.04 |
| **Total Current Assets** | 430,018.07 |
| **Fixed Assets** | |
| 1418 · Property and Equipment, Net | |
| 1419 · Property and Equipment | |
| 1420 · Leasehold Improvements | 290,873.62 |
| 1430 · Office Furniture & Equipment | 212,377.07 |
| 1440 · Machinery & Equipment | 3,190.94 |
| 1510 · Computer Equipment/Software | 209,972.16 |
| 1515 · IVR-Computer Equipment/Software | 5,683.63 |
| 1522 · Boise Data Center | 7,859.19 |
| **Total 1419 · Property and Equipment** | 729,956.61 |
| 1570 · Accumulated Depreciation | |
| 1573 · Accum. Dep.-Furn. & Fixtures | -212,377.07 |
| 1576 · Accum. Dep.-Mach. & Equip. | -3,190.94 |
| 1579 · Accum. Dep.-Soft. & Computers | -209,972.16 |
| 1582 · Accum. Dep.-IVR Comp. Equip. | -5,683.63 |
| 1585 · Accum. Deprec.-Boise Data Ctr. | -7,859.19 |
| 1587 · Accum. Dep.-Leasehold Impro. | -290,873.62 |
| **Total 1570 · Accumulated Depreciation** | -729,956.61 |
| **Total 1418 · Property and Equipment, Net** | 0.00 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** | |
| 1671 · Capitalized Developement Costs | |
| 1675 · Software Developement Costs | 4,599,888.31 |
| 1676 · Accum. Amort. Soft. Dev. Costs | -4,599,888.31 |
| **Total 1671 · Capitalized Developement Costs** | 0.00 |
| 1790 · Patents Application Cost | |
| 1792 · Accum. Amort. - Patent Costs | -2,432,013.41 |
| 1790 · Patents Application Cost - Other | 2,751,605.97 |
| **Total 1790 · Patents Application Cost** | 319,592.56 |
| 1950 · Deposits and other assets | |

Accrual Basis

# SITO Mobile Solutions, Inc.
## Balance Sheet
### As of May 31, 2021

|  | May 31, 21 |
|---|---|
| 1600 · Security Deposit - Rents | 5,098.00 |
| **Total 1950 · Deposits and other assets** | 5,098.00 |
| 1980 · Technology |  |
| 1980.01 · Technology - Total Costs | 970,000.00 |
| 1980.02 · Technology - Amortization | -970,000.00 |
| **Total 1980 · Technology** | 0.00 |
| 1985 · Customer Relationships |  |
| 1985.01 · Customer Relationships - Total | 870,000.00 |
| 1985.02 · Customer Relationships - Amor. | -870,000.00 |
| **Total 1985 · Customer Relationships** | 0.00 |
| 1990 · Backlog |  |
| 1990.01 · Backlog - Total Cost | 110,000.00 |
| 1990.02 · Backlog - Amortization | -110,000.00 |
| **Total 1990 · Backlog** | 0.00 |
| **Total Other Assets** | 324,690.56 |
| **TOTAL ASSETS** | **754,708.63** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| 2000 · Accounts Payable | 13,015,381.71 |
| **Total Accounts Payable** | 13,015,381.71 |
| **Other Current Liabilities** |  |
| 2004 · Loan from Government PPP | 1,292,100.00 |
| 2008 · Note Payable |  |
| 2008-00 · Hiroaki Aoyama. | 521,207.00 |
| 2008-16 · Gavin A. Scotti Jr. | 307,431.00 |
| 2008-15 · Stephen D Baksa | 308,648.00 |
| 2008-14 · Hiroaki Aoyama | 103,157.00 |
| 2008-13 · MediaJel | 276,721.00 |
| 2008-12 · Gavin Scotti, Sr. | 100,394.00 |
| 2008-11 · Ted Cooper Gardening Service | 134,903.00 |
| 2008-09 · Stephen D. Baksa | 689,012.00 |
| 2008-08 · Blackwell Aviation Inc. | 136,667.00 |
| 2008-07 · Superius Securities Group, Inc. | 341,663.00 |
| 2008-02 · Medford Bragg | 243,343.00 |
| 2008-03 · Invenire Partners LP | 690,625.00 |
| 2008-04 · Edward M Giles | 138,859.00 |
| 2008-05 · Christopher Scotti | 450,772.00 |
| 2008-06 · Gavin A Scotti Jr | 1,231,485.00 |
| **Total 2008 · Note Payable** | 5,674,887.00 |
| 2009 · Accrued Expenses |  |
| 2010 · Accrued Expense | 612,000.00 |
| 2021 · Accrued Interest - N/P | 15,462.43 |
| 2022 · Accrued Bonus Compensation | 65,000.00 |

Accrual Basis

**SITO Mobile Solutions, Inc.**
**Balance Sheet**
**As of May 31, 2021**

|  | May 31, 21 |
|---|---:|
| **2100 · Accrued Payroll** | |
| **2102 · Accrued Payroll Taxes** | 27,415.09 |
| **2104 · Accrued Payroll - Officer** | 470,000.07 |
| **Total 2100 · Accrued Payroll** | 497,415.16 |
| **Total 2009 · Accrued Expenses** | 1,189,877.59 |
| **Total Other Current Liabilities** | 8,156,864.59 |
| **Total Current Liabilities** | 21,172,246.30 |
| **Total Liabilities** | 21,172,246.30 |
| **Equity** | |
| **3001 · Common Stock** | 25,642.10 |
| **3004 · Add.Paid-In Capital - Warrants** | -1,061,578.00 |
| **3005 · Additional Paid-In Capital** | 189,721,941.46 |
| **3100 · Retained Earnings** | -209,124,350.71 |
| **Net Income** | 20,807.48 |
| **Total Equity** | -20,417,537.67 |
| **TOTAL LIABILITIES & EQUITY** | 754,708.63 |

**SITO Mobile Solutions, Inc.**
**Profit & Loss**
**May 2021**

Accrual Basis

| | May 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **5000 · Revenue** | |
| **5009 · Licensing and royalties** | |
| **5010 · Licensing and royalties** | 207,744.41 |
| **Total 5009 · Licensing and royalties** | 207,744.41 |
| **5100 · Media Placement Programs** | 8,011.25 |
| **Total 5000 · Revenue** | 215,755.66 |
| **Total Income** | 215,755.66 |
| **Gross Profit** | 215,755.66 |
| **Expense** | |
| **6000 · Operating Expenses** | |
| **6149 · Royalties & Applications Costs** | |
| **6150 · Program Expenses** | |
| **6192 · Sito Program Expenses** | 4,160.58 |
| **Total 6150 · Program Expenses** | 4,160.58 |
| **Total 6149 · Royalties & Applications Costs** | 4,160.58 |
| **6404 · Depreciation and amortization** | |
| **8309 · Amort. - Patent Expense** | 5,593.61 |
| **Total 6404 · Depreciation and amortization** | 5,593.61 |
| **6405 · Payroll Expenses** | |
| **6406 · Payroll** | |
| **6410 · Payroll - Officer** | 8,333.34 |
| **6411 · Payroll - Employees** | 53,094.96 |
| **Total 6406 · Payroll** | 61,428.30 |
| **6420 · Payroll Taxes** | |
| **6421 · Social Security Tax (ER)** | 2,970.54 |
| **6422 · Medicare Tax (ER)** | 694.71 |
| **6435 · NJ Unemployment Tax (ER)** | 157.50 |
| **Total 6420 · Payroll Taxes** | 3,822.75 |
| **6430 · Employee Benefits** | |
| **6431 · 125 Health Insur. (ER-EE)** | 3,289.73 |
| **6432 · 125 Dental Insur. (ER-EE)** | -78.20 |
| **6430 · Employee Benefits - Other** | -1,654.16 |
| **Total 6430 · Employee Benefits** | 1,557.37 |
| **6405 · Payroll Expenses - Other** | 1,020.14 |
| **Total 6405 · Payroll Expenses** | 67,828.56 |
| **7019 · General and administrative** | |
| **7020 · Telecom** | |
| **7021 · Wireless** | 300.00 |
| **Total 7020 · Telecom** | 300.00 |
| **7050 · Professional Services** | |
| **7052 · Accounting** | 75.00 |
| **7100 · Market./Consult./Presentations** | 3,559.50 |
| **Total 7050 · Professional Services** | 3,634.50 |

**Accrual Basis**

# SITO Mobile Solutions, Inc.
## Profit & Loss
**May 2021**

|  | May 21 |
|---|---:|
| **7059 · Admininistrative Expenses** | |
| **7085 · Permits & License Fees** | 115.00 |
| **7092 · Dues and Subscriptions** | 6,062.52 |
| **7095 · Bank, Finance & Late Fees** | 537.10 |
| **7780 · Software** | 948.00 |
| **8350 · Bad Debts Expense** | 53,400.25 |
| **Total 7059 · Admininistrative Expenses** | 61,062.87 |
| **Total 7019 · General and administrative** | 64,997.37 |
| **Total 6000 · Operating Expenses** | 142,580.12 |
| **Total Expense** | 142,580.12 |
| **Net Ordinary Income** | 73,175.54 |
| **Other Income/Expense** | |
| **Other Income** | |
| **8000 · Other Income** | 981,430.36 |
| **Total Other Income** | 981,430.36 |
| **Other Expense** | |
| **8050 · Interest Exp. - Misc.** | 4,078.00 |
| **Total Other Expense** | 4,078.00 |
| **Net Other Income** | 977,352.36 |
| **Net Income** | **1,050,527.90** |

Accrual Basis

# SITO Mobile Solutions, Inc.
## Profit & Loss
### October 8, 2020 through May 31, 2021

|  | Oct 8, '20 - May 31, 21 |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **5000 · Revenue** | |
|       **5009 · Licensing and royalties** | |
|         5010 · Licensing and royalties | 207,744.41 |
|       **Total 5009 · Licensing and royalties** | 207,744.41 |
|       5100 · Media Placement Programs | 181,345.41 |
|     **Total 5000 · Revenue** | 389,089.82 |
|   **Total Income** | 389,089.82 |
| **Gross Profit** | 389,089.82 |
|   **Expense** | |
|     **6000 · Operating Expenses** | |
|       **6149 · Royalties & Applications Costs** | |
|         **6150 · Program Expenses** | |
|           6192 · Sito Program Expenses | 140,181.79 |
|         **Total 6150 · Program Expenses** | 140,181.79 |
|       **Total 6149 · Royalties & Applications Costs** | 140,181.79 |
|       **6404 · Depreciation and amortization** | |
|         8309 · Amort. - Patent Expense | 82,376.08 |
|         8310 · Amort. - Technology | 40,416.65 |
|       **Total 6404 · Depreciation and amortization** | 122,792.73 |
|       **6405 · Payroll Expenses** | |
|         **6406 · Payroll** | |
|           6410 · Payroll - Officer | 453,333.39 |
|           6411 · Payroll - Employees | 430,232.50 |
|         **Total 6406 · Payroll** | 883,565.89 |
|         **6420 · Payroll Taxes** | |
|           6421 · Social Security Tax (ER) | 24,115.93 |
|           6422 · Medicare Tax (ER) | 5,903.84 |
|           6424 · CA Unemployment Tax (ER) | 1,736.00 |
|           6435 · NJ Unemployment Tax (ER) | 787.50 |
|           6437 · NY Unemployment Tax (ER) | 399.00 |
|           6447 · TX Unemployment Tax (ER) | 67.50 |
|         **Total 6420 · Payroll Taxes** | 33,009.77 |
|         **6430 · Employee Benefits** | |
|           6431 · 125 Health Insur. (ER-EE) | 18,348.15 |
|           6432 · 125 Dental Insur. (ER-EE) | 3,321.01 |
|           6430 · Employee Benefits - Other | -5,862.17 |
|         **Total 6430 · Employee Benefits** | 15,806.99 |
|         6405 · Payroll Expenses - Other | 23,736.33 |
|       **Total 6405 · Payroll Expenses** | 956,118.98 |
|       **7019 · General and administrative** | |
|         **7020 · Telecom** | |
|           7021 · Wireless | 870.00 |
|           7023 · Local/Long Dist/Conferencing | 175.89 |

Accrual Basis

# SITO Mobile Solutions, Inc.
## Profit & Loss
### October 8, 2020 through May 31, 2021

|  | Oct 8, '20 - May 31, 21 |
|---|---|
| Total 7020 · Telecom | 1,045.89 |
| 7040 · Insurance |  |
| 7042 · Insurance - Worker's Comp. | 2,857.63 |
| 7045 · Insurance - D & O | 225,722.24 |
| Total 7040 · Insurance | 228,579.87 |
| 7050 · Professional Services |  |
| 7051 · Legal |  |
| 7051.04 · Legal -Bankruptcy | 100,000.00 |
| 7051.01 · Legal - General | 3,588.18 |
| 7051 · Legal - Other | -100,000.00 |
| Total 7051 · Legal | 3,588.18 |
| 7052 · Accounting | 6,011.89 |
| 7056 · STS Stock Agent | 912.35 |
| 7057 · SEC Edgarizing/Fiiling Fees | 14,596.53 |
| 7100 · Market./Consult./Presentations | 10,575.00 |
| Total 7050 · Professional Services | 35,683.95 |
| 7059 · Admininistrative Expenses |  |
| 7010 · Office Rent | 200.00 |
| 7070 · Postage and Delivery | 9.50 |
| 7080 · Office Supplies/Expense | 1,100.00 |
| 7085 · Permits & License Fees | 115.00 |
| 7092 · Dues and Subscriptions | 60,566.02 |
| 7095 · Bank, Finance & Late Fees | 3,910.97 |
| 7780 · Software | 3,436.36 |
| 8350 · Bad Debts Expense | 194,973.76 |
| Total 7059 · Admininistrative Expenses | 264,311.61 |
| Total 7019 · General and administrative | 529,621.32 |
| Total 6000 · Operating Expenses | 1,748,714.82 |
| **Total Expense** | 1,748,714.82 |
| **Net Ordinary Income** | -1,359,625.00 |
| Other Income/Expense |  |
| Other Income |  |
| 8000 · Other Income | 1,003,544.45 |
| Total Other Income | 1,003,544.45 |
| Other Expense |  |
| 8050 · Interest Exp. - Misc. | 29,626.00 |
| 9000 · Misc. Expense | 2,981.03 |
| 9001 · State Corporate Taxes | 800.00 |
| 9003 · Other Taxes | 454.08 |
| 9018 · Impaired Asset Write-Off | 422,304.56 |
| Total Other Expense | 456,165.67 |
| Net Other Income | 547,378.78 |
| **Net Income** | **-812,246.22** |