Accrual Basis

# SITO Mobile Solutions, Inc.
## Profit & Loss
### July 2021

|  | Jul 21 |
|---|---:|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **5000 · Revenue** |  |
| 5100 · Media Placement Programs | 24,693.27 |
| **Total 5000 · Revenue** | 24,693.27 |
| **Total Income** | 24,693.27 |
| **Gross Profit** | 24,693.27 |
| **Expense** |  |
| **6000 · Operating Expenses** |  |
| **6149 · Royalties & Applications Costs** |  |
| **6150 · Program Expenses** |  |
| 6192 · Sito Program Expenses | 23,000.00 |
| **Total 6150 · Program Expenses** | 23,000.00 |
| **Total 6149 · Royalties & Applications Costs** | 23,000.00 |
| **6404 · Depreciation and amortization** |  |
| 8309 · Amort. - Patent Expense | 5,593.61 |
| **Total 6404 · Depreciation and amortization** | 5,593.61 |
| **6405 · Payroll Expenses** |  |
| **6406 · Payroll** |  |
| 6410 · Payroll - Officer | 8,333.34 |
| 6411 · Payroll - Employees | 50,761.68 |
| **Total 6406 · Payroll** | 59,095.02 |
| **6420 · Payroll Taxes** |  |
| 6421 · Social Security Tax (ER) | 2,880.10 |
| 6422 · Medicare Tax (ER) | 673.56 |
| 6435 · NJ Unemployment Tax (ER) | 157.50 |
| **Total 6420 · Payroll Taxes** | 3,711.16 |
| **6430 · Employee Benefits** |  |
| 6431 · 125 Health Insur. (ER-EE) | 7,857.97 |
| 6432 · 125 Dental Insur. (ER-EE) | -78.20 |
| 6430 · Employee Benefits - Other | -2,133.34 |
| **Total 6430 · Employee Benefits** | 5,646.43 |
| 6405 · Payroll Expenses - Other | 1,007.62 |
| **Total 6405 · Payroll Expenses** | 69,460.23 |
| **7019 · General and administrative** |  |
| **7020 · Telecom** |  |
| 7021 · Wireless | 300.00 |
| **Total 7020 · Telecom** | 300.00 |
| **7030 · Travel & Entertainment** |  |
| 7033 · Meals | 222.87 |
| 7034 · Auto/Taxi Expenses | 0.00 |
| 7035 · Airfare/Train | 0.00 |
| 7036 · Lodging | 0.00 |
| 7037 · Parking/Tolls | 0.00 |
| **Total 7030 · Travel & Entertainment** | 222.87 |

Accrual Basis

## SITO Mobile Solutions, Inc.
## Profit & Loss
### July 2021

|  | Jul 21 |
|---|---:|
| **7040 · Insurance** | |
| 7042 · Insurance - Worker's Comp. | 506.80 |
| 7045 · Insurance - D & O | 304,224.61 |
| **Total 7040 · Insurance** | 304,731.41 |
| **7050 · Professional Services** | |
| 7057 · SEC Edgarizing/Fiiling Fees | 131.00 |
| **Total 7050 · Professional Services** | 131.00 |
| **7059 · Admininistrative Expenses** | |
| 7080 · Office Supplies/Expense | 0.00 |
| 7092 · Dues and Subscriptions | 279.96 |
| 7095 · Bank, Finance & Late Fees | 1,385.54 |
| 7780 · Software | 474.00 |
| **Total 7059 · Admininistrative Expenses** | 2,139.50 |
| **Total 7019 · General and administrative** | 307,524.78 |
| **Total 6000 · Operating Expenses** | 405,578.62 |
| **Total Expense** | 405,578.62 |
| **Net Ordinary Income** | -380,885.35 |
| **Other Income/Expense** | |
| **Other Income** | |
| 8000 · Other Income | 18,684.31 |
| **Total Other Income** | 18,684.31 |
| **Other Expense** | |
| 8050 · Interest Exp. - Misc. | 4,489.00 |
| **Total Other Expense** | 4,489.00 |
| **Net Other Income** | 14,195.31 |
| **Net Income** | **-366,690.04** |

# SITO Mobile Solutions, Inc.
## Profit & Loss
### October 8, 2020 through July 31, 2021

|  | Oct 8, '20 - Jul 31, 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **5000 · Revenue** | |
| **5009 · Licensing and royalties** | |
| 5010 · Licensing and royalties | 207,744.41 |
| **Total 5009 · Licensing and royalties** | 207,744.41 |
| 5100 · Media Placement Programs | 212,737.79 |
| **Total 5000 · Revenue** | 420,482.20 |
| **Total Income** | 420,482.20 |
| **Gross Profit** | 420,482.20 |
| **Expense** | |
| **6000 · Operating Expenses** | |
| **6149 · Royalties & Applications Costs** | |
| **6150 · Program Expenses** | |
| 6192 · Sito Program Expenses | 162,855.68 |
| **Total 6150 · Program Expenses** | 162,855.68 |
| **Total 6149 · Royalties & Applications Costs** | 162,855.68 |
| **6404 · Depreciation and amortization** | |
| 8309 · Amort. - Patent Expense | 93,563.30 |
| 8310 · Amort. - Technology | 40,416.65 |
| **Total 6404 · Depreciation and amortization** | 133,979.95 |
| **6405 · Payroll Expenses** | |
| **6406 · Payroll** | |
| 6410 · Payroll - Officer | 470,000.07 |
| 6411 · Payroll - Employees | 531,516.41 |
| **Total 6406 · Payroll** | 1,001,516.48 |
| **6420 · Payroll Taxes** | |
| 6421 · Social Security Tax (ER) | 29,876.15 |
| 6422 · Medicare Tax (ER) | 7,251.00 |
| 6424 · CA Unemployment Tax (ER) | 1,736.00 |
| 6435 · NJ Unemployment Tax (ER) | 1,102.50 |
| 6437 · NY Unemployment Tax (ER) | 638.39 |
| 6447 · TX Unemployment Tax (ER) | 67.50 |
| **Total 6420 · Payroll Taxes** | 40,671.54 |
| **6430 · Employee Benefits** | |
| 6431 · 125 Health Insur. (ER-EE) | 24,071.28 |
| 6432 · 125 Dental Insur. (ER-EE) | 4,069.73 |
| 6430 · Employee Benefits - Other | -10,128.85 |
| **Total 6430 · Employee Benefits** | 18,012.16 |
| 6405 · Payroll Expenses - Other | 25,258.66 |
| **Total 6405 · Payroll Expenses** | 1,085,458.84 |
| **7019 · General and administrative** | |
| **7020 · Telecom** | |
| 7021 · Wireless | 1,470.00 |
| 7023 · Local/Long Dist/Conferencing | 175.89 |

Accrual Basis

# SITO Mobile Solutions, Inc.
## Profit & Loss
### October 8, 2020 through July 31, 2021

|  | Oct 8, '20 - Jul 31, 21 |
|---|---:|
| **Total 7020 · Telecom** | 1,645.89 |
| **7030 · Travel & Entertainment** | |
|     7033 · Meals | 222.87 |
|     7034 · Auto/Taxi Expenses | 0.00 |
|     7035 · Airfare/Train | 0.00 |
|     7036 · Lodging | 0.00 |
|     7037 · Parking/Tolls | 0.00 |
| **Total 7030 · Travel & Entertainment** | 222.87 |
| **7040 · Insurance** | |
|     7042 · Insurance - Worker's Comp. | 3,871.23 |
|     7045 · Insurance - D & O | 529,946.85 |
| **Total 7040 · Insurance** | 533,818.08 |
| **7050 · Professional Services** | |
|     7051 · Legal | |
|         7051.04 · Legal -Bankruptcy | 100,000.00 |
|         7051.01 · Legal - General | 3,588.18 |
|         7051 · Legal - Other | -100,000.00 |
|     **Total 7051 · Legal** | 3,588.18 |
|     7052 · Accounting | 5,561.89 |
|     7056 · STS Stock Agent | 912.35 |
|     7057 · SEC Edgarizing/Fiiling Fees | 14,727.53 |
|     7100 · Market./Consult./Presentations | 10,575.00 |
| **Total 7050 · Professional Services** | 35,364.95 |
| **7059 · Admininistrative Expenses** | |
|     7010 · Office Rent | 200.00 |
|     7070 · Postage and Delivery | 9.50 |
|     7080 · Office Supplies/Expense | 1,100.00 |
|     7085 · Permits & License Fees | 115.00 |
|     7092 · Dues and Subscriptions | 61,125.94 |
|     7095 · Bank, Finance & Late Fees | 5,714.75 |
|     7780 · Software | 4,209.36 |
|     8350 · Bad Debts Expense | 194,973.76 |
| **Total 7059 · Admininistrative Expenses** | 267,448.31 |
| **Total 7019 · General and administrative** | 838,500.10 |
| **Total 6000 · Operating Expenses** | 2,220,794.57 |
|     6402 · Server Hosting | 31.97 |
| **Total Expense** | 2,220,826.54 |
| **Net Ordinary Income** | -1,800,344.34 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     8000 · Other Income | 1,022,228.76 |
|   **Total Other Income** | 1,022,228.76 |
|   **Other Expense** | |
|     8050 · Interest Exp. - Misc. | 38,059.00 |
|     9000 · Misc. Expense | 2,981.03 |

**Accrual Basis**

**SITO Mobile Solutions, Inc.**
**Profit & Loss**
**October 8, 2020 through July 31, 2021**

|  | Oct 8, '20 - Jul 31, 21 |
|---|---:|
| **9001 · State Corporate Taxes** | 800.00 |
| **9003 · Other Taxes** | 454.08 |
| **9018 · Impaired Asset Write-Off** | 422,304.56 |
| **Total Other Expense** | 464,598.67 |
| **Net Other Income** | 557,630.09 |
| **Net Income** | **-1,242,714.25** |

Accrual Basis

# SITO Mobile Solutions, Inc.
## Balance Sheet
### As of July 31, 2021

|  | Jul 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1021 · Wells Fargo R&D IP Checking | 28,795.36 |
| 1011 · Wells Business Checking DIP BK | 81,726.87 |
| **Total Checking/Savings** | 110,522.23 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 136,224.00 |
| **Total Accounts Receivable** | 136,224.00 |
| **Other Current Assets** | |
| 1207 · Accounts Receivable Other | |
| 1398 · Allowance for Bad Debts | -2,327.79 |
| **Total 1207 · Accounts Receivable Other** | -2,327.79 |
| **Total Other Current Assets** | -2,327.79 |
| **Total Current Assets** | 244,418.44 |
| **Fixed Assets** | |
| 1418 · Property and Equipment, Net | |
| 1419 · Property and Equipment | |
| 1420 · Leasehold Improvements | 290,873.62 |
| 1430 · Office Furniture & Equipment | 212,377.07 |
| 1440 · Machinery & Equipment | 3,190.94 |
| 1510 · Computer Equipment/Software | 209,972.16 |
| 1515 · IVR-Computer Equipment/Software | 5,683.63 |
| 1522 · Boise Data Center | 7,859.19 |
| **Total 1419 · Property and Equipment** | 729,956.61 |
| 1570 · Accumulated Depreciation | |
| 1573 · Accum. Dep.-Furn. & Fixtures | -212,377.07 |
| 1576 · Accum. Dep.-Mach. & Equip. | -3,190.94 |
| 1579 · Accum. Dep.-Soft. & Computers | -209,972.16 |
| 1582 · Accum. Dep.-IVR Comp. Equip. | -5,683.63 |
| 1585 · Accum. Deprec.-Boise Data Ctr. | -7,859.19 |
| 1587 · Accum. Dep.-Leasehold Impro. | -290,873.62 |
| **Total 1570 · Accumulated Depreciation** | -729,956.61 |
| **Total 1418 · Property and Equipment, Net** | 0.00 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** | |
| 1671 · Capitalized Developement Costs | |
| 1675 · Software Developement Costs | 4,599,888.31 |
| 1676 · Accum. Amort. Soft. Dev. Costs | -4,599,888.31 |
| **Total 1671 · Capitalized Developement Costs** | 0.00 |
| 1790 · Patents Application Cost | |
| 1792 · Accum. Amort. - Patent Costs | -2,443,200.63 |
| 1790 · Patents Application Cost - Other | 2,751,605.97 |
| **Total 1790 · Patents Application Cost** | 308,405.34 |
| 1950 · Deposits and other assets | |

# SITO Mobile Solutions, Inc.
## Balance Sheet
### As of July 31, 2021

|  | Jul 31, 21 |
|---|---:|
| **1600 · Security Deposit - Rents** | 5,098.00 |
| **Total 1950 · Deposits and other assets** | 5,098.00 |
| **1980 · Technology** | |
|    1980.01 · Technology - Total Costs | 970,000.00 |
|    1980.02 · Technology - Amortization | -970,000.00 |
| **Total 1980 · Technology** | 0.00 |
| **1985 · Customer Relationships** | |
|    1985.01 · Customer Relationships - Total | 870,000.00 |
|    1985.02 · Customer Relationships - Amor. | -870,000.00 |
| **Total 1985 · Customer Relationships** | 0.00 |
| **1990 · Backlog** | |
|    1990.01 · Backlog - Total Cost | 110,000.00 |
|    1990.02 · Backlog - Amortization | -110,000.00 |
| **Total 1990 · Backlog** | 0.00 |
| **Total Other Assets** | 313,503.34 |
| **TOTAL ASSETS** | **557,921.78** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         2000 · Accounts Payable | 13,123,963.21 |
|       **Total Accounts Payable** | 13,123,963.21 |
|       **Other Current Liabilities** | |
|         2004 · Loan from Government PPP | 1,292,100.00 |
|         2008 · Note Payable | |
|           2008-00 · Hiroaki Aoyama. | 521,207.00 |
|           2008-16 · Gavin A. Scotti Jr. | 410,850.00 |
|           2008-15 · Stephen D Baksa | 312,659.00 |
|           2008-14 · Hiroaki Aoyama | 104,160.00 |
|           2008-13 · MediaJel | 276,721.00 |
|           2008-12 · Gavin Scotti, Sr. | 100,394.00 |
|           2008-11 · Ted Cooper Gardening Service | 134,903.00 |
|           2008-09 · Stephen D. Baksa | 689,012.00 |
|           2008-08 · Blackwell Aviation Inc. | 136,667.00 |
|           2008-07 · Superius Securities Group, Inc. | 341,663.00 |
|           2008-02 · Medford Bragg | 243,343.00 |
|           2008-03 · Invenire Partners LP | 690,625.00 |
|           2008-04 · Edward M Giles | 138,859.00 |
|           2008-05 · Christopher Scotti | 450,772.00 |
|           2008-06 · Gavin A Scotti Jr | 1,231,485.00 |
|         **Total 2008 · Note Payable** | 5,783,320.00 |
|         2009 · Accrued Expenses | |
|           2010 · Accrued Expense | 612,000.00 |
|           2021 · Accrued Interest - N/P | 15,462.43 |
|           2022 · Accrued Bonus Compensation | 65,000.00 |
|           2100 · Accrued Payroll | |

**Accrual Basis**

# SITO Mobile Solutions, Inc.
## Balance Sheet
**As of July 31, 2021**

|  | Jul 31, 21 |
|---|---:|
| **2102 · Accrued Payroll Taxes** | 27,415.09 |
| **2104 · Accrued Payroll - Officer** | 486,666.75 |
| **Total 2100 · Accrued Payroll** | 514,081.84 |
| **Total 2009 · Accrued Expenses** | 1,206,544.27 |
| **Total Other Current Liabilities** | 8,281,964.27 |
| **Total Current Liabilities** | 21,405,927.48 |
| **Total Liabilities** | 21,405,927.48 |
| **Equity** |  |
| 3001 · Common Stock | 25,642.10 |
| 3004 · Add.Paid-In Capital - Warrants | -1,061,578.00 |
| 3005 · Additional Paid-In Capital | 189,721,941.46 |
| 3100 · Retained Earnings | -209,118,374.60 |
| Net Income | -415,636.66 |
| **Total Equity** | -20,848,005.70 |
| **TOTAL LIABILITIES & EQUITY** | 557,921.78 |

# WellsOne® Account

Account number: ▮▮▮▮6162  ■ July 1, 2021 - July 31, 2021  ■ Page 1 of 2



SITO MOBILE SOLUTIONS INC
DEBTOR IN POSSESSION
CH11 CASE #20-21436 (NJ)
123 TOWN SQUARE PL #419
JERSEY CITY NJ 07310-1756

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

Online: wellsfargo.com

Write:  Wells Fargo Bank, N.A. (182)
           PO Box 63020
           San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▮▮▮▮6162 | $26,114.53 | $291,386.24 | -$235,773.90 | $81,726.87 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/06 | 100,000.00 | WT Seq#89224 Td Ameritrade Clearing /Org=Gavin A Scotti Srf# Ec21070633645587 Trn#210706089224 Rfb# 22879045 |
| | 07/07 | 5,453.14 | Majority Strateg Achbatch 6953025 01;02;03;04 |
| | 07/13 | 2,634.04 | Site on Time,LLC Sot AP Jul 13 34798 Sito Mobile Solutions, |
| | 07/27 | 178,949.05 | Online Transfer Do 6 Month Deposit and 1St Months Payment Ref #Bb0Bzzhjhz |
| | 07/27 | 4,350.01 | Site on Time,LLC AP Jul 27 34798 Sito Mobile Solutions, |
| | | **$291,386.24** | **Total electronic deposits/bank credits** |
| | | **$291,386.24** | **Total credits** |

## Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 07/01 | 6,714.23 | | WT Fed#06004 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0701571421004006 Trn#210701057760 Rfb# 0534595Vv |
| | 07/02 | 1,066.67 | | WT Fed#04894 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0702111328004793 Trn#210702050673 Rfb# 0534596Vv |
| | 07/02 | 417.20 | < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 210702 662920344658234 Sito Mobile Solutions |
| | 07/06 | 4,779.96 | | WT 210706-022167 Bank of America, NE /Bnf=Lisa Patrick Pallack Srf# Gw00000043126112 Trn#210706022167 Rfb# 2192 |



### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 07/07 | 506.80 | < | Business to Business ACH Debit - Cna ACH Prem-Pymt 210706 3033560574 Sito Mobile, Ltd |
| | 07/08 | 452.56 | < | Business to Business ACH Debit - The Guardian Jul Gp Ins Jul 01 52161800Be20000 Sito |
| | 07/12 | 440.75 | | Client Analysis Srvc Chrg 210709 Svc Chge 0621 000004833796162 |
| | 07/13 | 175.00 | | Microsoft 6041 EDI Paymnt Jul 12 Z41Fphoocy68 TRN*1*Z41Fphoocy68\ |
| | 07/15 | 299.00 | | WT Fed#01494 Jpmorgan Chase Ban /Ftr/Bnf=Limegoat Srf# July Invoice 000 Trn#210714209459 Rfb# 2193 |
| | 07/16 | 77.65 | < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 210716 10Fix 3302438 Sito Mobile Solutions |
| | 07/19 | 17,505.21 | | WT Fed#04511 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0719237450003764 Trn#210719050275 Rfb# 6400171086 |
| | 07/19 | 6,714.22 | | WT Fed#04107 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0719236992003627 Trn#210719048231 Rfb# 0714900Vv |
| | 07/20 | 1,066.67 | | WT Fed#03510 Deutsche Bank Trus /Drw/Bnf=ADP Client Trust Srf# 0720292121003460 Trn#210720038984 Rfb# 0714901Vv |
| | 07/20 | 9,665.16 | < | Business to Business ACH Debit - Cigna Edge Trans Collection 601700518073 Sito Mobile Solutions, |
| | 07/23 | 6,300.00 | | WT 210723-095909 Bank of America, NE /Bnf=Lisa Patrick Pallack Srf# July Expense Rei Trn#210723095909 Rfb# 2194 |
| | 07/23 | 131.00 | < | Business to Business ACH Debit - Edgar Agents, Ll Sale 210723 Sito Mobile |
| | 07/27 | 178,949.05 | | WT Fed#08157 Commerce Bank /Ftr/Bnf=Lockton Founders Series of Lockton Srf# Invoice 20226573 Trn#210727192555 Rfb# 2195 |
| | 07/30 | 512.77 | < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 210730 662920346875103 Sito Mobile Solutions |
| | | **$235,773.90** | | **Total electronic debits/bank debits** |
| | | **$235,773.90** | | **Total debits** |

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 06/30 | 26,114.53 | 07/08 | 117,630.25 | 07/19 | 95,052.46 |
| 07/01 | 19,400.30 | 07/12 | 117,189.50 | 07/20 | 84,320.63 |
| 07/02 | 17,916.43 | 07/13 | 119,648.54 | 07/23 | 77,889.63 |
| 07/06 | 113,136.47 | 07/15 | 119,349.54 | 07/27 | 82,239.64 |
| 07/07 | 118,082.81 | 07/16 | 119,271.89 | 07/30 | 81,726.87 |

**Average daily ledger balance**    $86,974.31

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



# Commercial Business Checking

Account number: ▮▮▮▮▮6483    ■    July 1, 2021 - July 31, 2021    ■    Page 1 of 1

SITO MOBILE R&D IP, LLC
123 TOWN SQUARE PL #419
JERSEY CITY NJ 07310-2778

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

Online:  wellsfargo.com

Write:  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Commercial Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▮▮▮▮▮6483 | $207,744.41 | $0.00 | -$178,949.05 | $28,795.36 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
|  | 07/27 | 178,949.05 | Online Transfer Do 6 Month Deposit and 1St Months Payment Ref #Bb0Bzzhjhz |
|  |  | $178,949.05 | Total electronic debits/bank debits |
|  |  | $178,949.05 | Total debits |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 06/30 | 207,744.41 | 07/27 | 28,795.36 |

Average daily ledger balance    $178,881.66



IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# SITO Mobile Solutions, Inc.
## Reconciliation Summary
### 1021 · Wells Fargo R&D IP Checking, Period Ending 07/31/2021

|  | Jul 31, 21 |
|---|---:|
| **Beginning Balance** | 207,744.41 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -178,949.05 |
| **Total Cleared Transactions** | -178,949.05 |
| **Cleared Balance** | **28,795.36** |
| **Register Balance as of 07/31/2021** | 28,795.36 |
| **Ending Balance** | 28,795.36 |

## SITO Mobile Solutions, Inc.
# Reconciliation Detail
### 1011 · Wells Business Checking DIP BK, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 26,114.53 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 18 items** | | | | | | |
| Check | 07/01/2021 | dm | ADP Taxes | X | -6,714.23 | -6,714.23 |
| Check | 07/02/2021 | dm | Direct Deposit | X | -1,066.67 | -7,780.90 |
| Check | 07/02/2021 | dm | ADP Fees | X | -417.20 | -8,198.10 |
| Bill Pmt -Check | 07/06/2021 | dm | Patrick, Lisa (Exp. R... | X | -4,779.96 | -12,978.06 |
| Check | 07/07/2021 | dm | CNA | X | -506.80 | -13,484.86 |
| Bill Pmt -Check | 07/08/2021 | dm | Guardian (Dental) | X | -452.56 | -13,937.42 |
| Check | 07/12/2021 | dm | Client Analysis Servi... | X | -440.75 | -14,378.17 |
| Bill Pmt -Check | 07/13/2021 | DM | Microsoft 365 | X | -175.00 | -14,553.17 |
| Bill Pmt -Check | 07/15/2021 | dm | LimeGoat | X | -299.00 | -14,852.17 |
| Check | 07/16/2021 | dm | ADP Fees | X | -77.65 | -14,929.82 |
| Check | 07/19/2021 | dm | Direct Deposit | X | -17,505.21 | -32,435.03 |
| Check | 07/19/2021 | dm | ADP Taxes | X | -6,714.22 | -39,149.25 |
| Bill Pmt -Check | 07/20/2021 | dm | Cigna HealthCare | X | -9,665.16 | -48,814.41 |
| Check | 07/20/2021 | dm | Direct Deposit | X | -1,066.67 | -49,881.08 |
| Bill Pmt -Check | 07/23/2021 | dm | Patrick, Lisa (Exp. R... | X | -6,300.00 | -56,181.08 |
| Bill Pmt -Check | 07/23/2021 | dm | Edgar Agents, LLC | X | -131.00 | -56,312.08 |
| Bill Pmt -Check | 07/27/2021 | dm | Lockton Companies,... | X | -178,949.05 | -235,261.13 |
| Check | 07/30/2021 | dm | ADP Fees | X | -512.77 | -235,773.90 |
| **Total Checks and Payments** | | | | | -235,773.90 | -235,773.90 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 07/06/2021 | | | X | 100,000.00 | 100,000.00 |
| Deposit | 07/13/2021 | | | X | 2,634.04 | 102,634.04 |
| Deposit | 07/27/2021 | | | X | 4,350.01 | 106,984.05 |
| Deposit | 07/27/2021 | | | X | 5,453.14 | 112,437.19 |
| Transfer | 07/27/2021 | | | X | 178,949.05 | 291,386.24 |
| **Total Deposits and Credits** | | | | | 291,386.24 | 291,386.24 |
| **Total Cleared Transactions** | | | | | 55,612.34 | 55,612.34 |
| **Cleared Balance** | | | | | 55,612.34 | 81,726.87 |
| **Register Balance as of 07/31/2021** | | | | | 55,612.34 | 81,726.87 |
| **Ending Balance** | | | | | 55,612.34 | 81,726.87 |